ORIGINAL

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 9 2004
U.S. COURT OF FEDERAL CLAIMS

INFORMATION SYSTEMSS & NETWORKS CORPORATION,

Plaintiff,

v.

THE UNITED STATES OF AMERICA

Defendant.

No. 04- 632C

## PLAINTIFF'S DISCLOSURE STATEMENT

Pursuant to Rule RCFC 7.1, I certify as counsel for Plaintiff, Information Systems & Networks Corporation ("ISN"), that ISN is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity that is not otherwise a party to this case has a financial interest in the outcome of this litigation.

Dated: March 30, 2004

Respectfully submitted,

NORMAN H. SINGER, ESQ.
Singer & Associates, P.C.
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400
(301) 469-0403 fax

Counsel for Plaintiff