# In the United States Court of Federal Claims

No. 04-632 C

(Filed June 21, 2004)

* * * * * * * * * * * * * * * * * * * * * *
INFORMATION SYSTEMS AND *
NETWORKS CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 16, 2004, defendant filed an Unopposed Motion for an Enlargment of Time, Out of Time, of twenty-one days, to and including June 29, 2004, within which to file its response to plaintiff's complaint. Accordingly, it is hereby **ORDERE**D that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge