F49642-88-Q2854

F49642- 88 - D0054

PART I
SECTION H
SPECIAL CONTRACT REQUIREMENTS

1. CONTRACTOR ACQUIRED INSURANCE

The Contractor shall, at his own expense, acquire and thereafter maintain the following kinds of insurance with respect to performance under this contract:

(a) Workmen's Compensation insurance, or equivalent workmen's compensation coverage, as required or prescribed by law, with minimum employer liability limit of $100,000 for accidental bodily injury or death, or for occupational disease.

.(b) Comprehensive General Liability with minimum limits of $500,000 per person per occurrence for bodily injury or death and $20,00 per accident or occurrence for property damage.

(c) Automobile Liability with minimum limits of $200,000 per person and $500,00 per accident or occurrence for bodily injury, and $20,000 per accident or occurrence for property damage.

Proof of the above coverage shall be furnished to the Contracting Office prior to performance.

2. BASE RULES AND REGULATIONS

The rules and regulations of the base where services are performed shall apply to the contractor and his employees while on the premises of Pentagon, Wash. DC. These regulations include but are not limited to: presenting valid identification for base entrance, obtaining and using vehicle passes for all contractor-owned and/or privately owned vehicles, obeying all posted directives, and providing strict adherence to security police direction in instances where security police have been dispatched to a particular location.

F49642-88-Q2854

F49642- 88 - D0054

3. DISCIPLINE OF CONTRACTOR EMPLOYEES

The Contracting Officer may request that any servant, agent or employee of the contractor, whose conduct in the opinion of the Contracting Officer interferes with proper discipline on the Base where services are performed, be removed from such Base and the contractor will comply with such request. Failure to do so may be cause for action under the clause in Section I entitled "Default".

4. CONTRACTOR RESPONSIBILITIES

The Contractor shall at all times keep the work areas used by him free of waste material or rubbish and prior to completion of the work remove any rubbish from the premises.

5. ACCIDENT REPORT PROCEDURES

In the event of an accident involving Government personnel or property, the contractor shall submit a report to the Contracting Officer in letter form that will include the following: a) time and date of occurrence; b) the place of occurrence; c) a list of personnel directly involved; and d) a narrative description of the accident that includes the chronological order of the accident and circumstances.

6. OBTAINING VEHICLE PASSES

The Contractor and his employees shall obtain and use vehicle passes for all Contractor-owned and/or privately owned vehicles in compliance with the following directives current as of the issue date of the Request for Proposal.

(a) AFR 125-14, Motor Vehicle Traffic Supervision

(b) MAC Supplement 1 to AFR 125-14

7. EXTENSION AFTER PERFORMANCE (APR 1984/AF FAR 52.237-9000)

Notwithstanding any other clause of this contract, including option clauses, if offers have been solicited for the continuation of the services provided under this contract, the Government may extend the then current contract performance period for not less than one month nor more than three months on the same terms and conditions as applicable to the then current performance period. A written notice of an extension under this clause shall be furnished to the contractor not less than 15 days prior to expiration of the existing contract. (Applies to basic year and all option years).

F49642-88-Q2854

F49642- 88 - D0054

8. SAFETY AND ACCIDENT PREVENTION (APR 1984/AF FAR 52.223-9004)

(a) In performing work under this contract on a Government installation, the Contractor shall -

(1) Conform to the specific safety requirements established by this contract;

(2) Comply with the safety rules of the Government installation that concern related activities not directly addressed in this contract;

(3) Take all reasonable steps and precautions to prevent accidents and preserve the life and health of Contractor and Government personnel performing or in any way coming in contact with the performance of this contract; and

(4) Take such additional immediate precautions as the Contracting Officer may reasonably require for safety and accident prevention purposes.

(b) If this contract is performed on an Air Force installation, the Air Force Occupational Safety and Health Standards (AFOSH) developed in accordance with AFR 127-12, in effect on the date of this contract, apply. If contract performance is on other than an Air Force installation, the Contractor shall comply with the safety rules of that Government installation, in effect on the date of this contract.

(c) The Contracting Officer may, by written order, direct additional AFOSH and safety and accident standards as may be required in the performance of this contract and any adjustments resulting from such direction will be in accordance with the Changes clause of this contract.

(d) Any violation of these safety rules and requirements, unless promptly corrected as directed by the Contracting Officer, shall be grounds for termination of this contracting in accordance with the Default clause of this contract.

9. SITE PREPARATION

(a) The Government shall prepare the site at its own expense and in accordance with the plan submitted by the Contractor and approved by the Contracting Officer. The Contractor´s Site Preparation Plan shall conform to the limitations specified in Exhibit 1, Atch 1, CDRL, Sequence Number 001,002 and 003.

(b) If in the opinion of the Contractor the site is not prepared in accordance with the approved plan, the Contractor shall notify the Contracting Officer within 48 hours in writing of site deficiencies and corrective action required. Written notice shall be given by the Contractor when inspection shows that the site preparation work has been completed in accordance with the detailed site plan furnished by the Contractor.

10. KEY PERSONNEL REQUIREMENTS

(a) Certain skilled experienced professional and/or technical personnel are essential for successful contractor accomplishment of the work to be performed under this contract. These are defined as "Key Personnel" and are those persons whose resumes were submitted with the contract proposal.

The contractor agrees that such personnel shall not be removed from the contract work or replaced without compliance with paras (b) and (c) hereof.

(b) The contractor shall immediately notify the contracting officer, or his authorized representative, if one or more of the key personnel becomes, or is expected to become unavailable for work under this contract for a continuous period of 30 days or more. The contractor shall promptly provide replacement key personnel with at least equal ability and qualifications, and with the concurrence of the contracting officer or his authorized representative. This same provision will be adhered to if any key personnel are expected to devote substantially less effort to the work of this contract.

(c) All requests for approval of substitutions hereunder must be in writing and provide a detailed explanation of the circumstances necessitating the proposed substitutions. They must contain a complete resume for the proposed substitute, and any other information requested by the contracting officer or needed by him to approve or disapprove the proposed substitution. The contracting officer or his authorized representative will evaluate such requests and promptly notify the contractor of his approval or disapproval thereof in writing.

(d) If the contracting officer determines that suitable and timely replacement of key personnel who have been reassigned, terminated, or have otherwise become unavailable for the contract work is not reasonably forthcoming or that the resultant reduction of productive effort would be so substantial as to impair the successful completion of the contract, the contract price may be equitably adjusted downward to compensate the Government for any resultant delay, loss, or damage.

11. GOVERNMENT RIGHTS IN DATA

The Government, for itself and such others as deemed appropriate, will have unlimited rights in data specifically developed or generated (i.e., designed and developed) under this contract. Unlimited rights under this contract are rights to use, duplicate, or disclose technical data, in whole or in part, in any manner and for any purpose whatsoever.

12. ALLOWABLE TRAVEL

(a) Travel Costs

(1) When traveling in performance of this contract, the contractor shall use the most economical means of transportation, food, and lodging. The following conditions govern allowable travel costs under subject contract.

(2) The actual costs incurred for lodging, meals, and incidental expenses shall be considered reasonable and allowable oly to the extent that they do not exceed on a daily basis the maximum per diem rates in effect at the time of travel as set forth in the Joint Travel Regulation (JTR).

(3) Travel costs directly attributable to specific contract performance are allowable and may be charged to the contract. Airfare costs in excess of the lowest customary standard, coach, or equivalent airfare offered during normal business hours are unallowable except when such accommodations require circuitous routing, require travel during unreasonable hours, excessively prolong travel, result in increased cost that would offset transportation savings, are not reasonably adequate for the physical or medical needs of the traveler, or are not reasonable available to meet mission requirements.

(4) Travel shall be accomplished as specified on AF Fm 1292, Request and Authorization for Temporary Duty - Conractor Personnel. 7CG will be the organization responsible for authorizing travel and to prepare travel orders (ref AFR 10-7, para 2-58, for instructions). The costs of unauthorized travel will be neither allowable nor allocable to this contract.

(e) Rental car--actual costs incurred up to $35.00 per day.

13. DISSEMINTION OF INFORMATION

There shall be no dissemination or publication, except within and between the contractor and any subcontractors, of information developed under this contract or contained in the reports to be furnished pursuant to this contract without prior written approval of the Contracting Officer.

14. PERSONAL SERVICES

This contract is for the acquisition of services of a nonpersonal nature. Government personnel are not authorized to assign tasks to, prepare work schedules for, review individual performance of, nor make recommendations pertaining to employee removal of (for reasons other than security) contractor personnel. While at times performance will require close proximity of Government and contractor personnel, nothing stated in this contract authorizes nor should be interpreted as authorizing or implying authorization to perform personal services as defined in FAR Part 37. Should the contractor be directed either verbally or in writing to perform services considered to be personal in nature, he will immediately inform the Contracting Officer providing the name(s) of the Government personnel ordering the services and other pertinent information. The contractor should understand that performance of services considered to be personal in nature shall be determined by the Government to be unauthorized expenditures under the terms and conditions of this contract.

15. AVAILABILITY OF CONTRACTOR PERSONNEL AND ACCESS TO FACILITIES

During the progress of work called for herein, the Contractor shall, upon request of the Contracting Officer, make available any of his personnel engaged in the performance of the work for conference with the Contracting Officer or his duly authorized representative. In the event Government personnel visit the Contractor's facility for the purpose of conferences pertaining to the work in progress, the contractor shall make available to the Government representative existing space and facilities as necessary at no additional cost to the Government.

16. GOVERNMENT DOCUMENTS, PUBLICATIONS AND DATA FURNISHED CONTRACTOR

The Government will undertake to make available to the contractor such data, charts, reports and other documentation for which the contractor makes written requests. Such requests will specifically identify the exact data, charts, reports, or other documents required by the contractor; contractor shall also indicate where these documents may be located, and upon request of the Contracting Officer,shall establish that the documents requested are material and relevant to the performance of the contract. Delay or failure to deliver documents requested by the contractor under this paragraph shall not be basis for any claim against the Goernment under this contract.

F49642-88-Q2854

F49642- 88 - D0054

17. ALL ITEMS TO BECOME PROPERTY OF THE GOVERNMENT

Title to all source data and materials furnished by the Government, together with all plans, systems analysis and design specifications and drawings, completed programs except proprietary programs and documentation thereof, reports and listings, all punched cards and all other items pertaining to the work and services to be performed under this contract, including any copyright shall become and remain with the Government upon completion. The Government shall have the full right to use each of these for its purposes without compensation or approval on the part of the contractor. The Government shall have access to and the right to make copies of the above mentioned items. All proprietary programs shall be indicated as such in individual proposals.

18. CONTRACTOR RESPONSIBILITY

Notwithstanding the right of the Government to review the contractor's efforts and progress and particularly with reference to the design and data items, which may be provided for elsewhere in this contract, it is expressly understood that the contractor is completely responsible for the compliance of contract end items with the provisions of this contract and any reviews and approvals given by the Government do not relieve the contractor of this responsibility.

19. NOTIFICATION OF DEBARMENT/SUSPENSION STATUS (APR 87/AF FAR 52.209-9001)

The Contractor shall provide immediate notice to the Contracting Officer in the event of being suspended, debarred or declared ineligible by any Department or other Federal Agency, or upon receipt of a notice of proposed debarment from another DOD Agency, during the performance of this contract.

20. SITE ACCESS

The Government will allow the Contractor access to the site prior to installation by mutual agreement. The Contractor will contact the Functional Area Point of Contact (Section E) prior to inspection.

21. PROTECTION OF BUILDING CONTENTS (JUN 1987/AFDW FAR SUP 52.215-9001)

The contractor shall protect from damage all building contents located directly beneath, above, or immediately adjacent to the site of the work, the identity and location of which is made known to the contractor, and shall replace, repair or otherwise beheld liable to the extent of such damages as agreed upon between the contracting officer and the contractor, when such damages are determined by the contacting officer to have occurred through the fault or negligence on the part of the contractor or subcontractor or from the failure of either to adequately protect the work site in the performance of the work. Building contents shall be deemed to include, but not be restricted to furniture, equipment, materials, and when intended for use as a warehouse or storage building, items of supplies normally stored therein. If the contractor fails or refuses to repair, replace or accept liability for assessed damages promptly, the contracting officer shall resolve the disagreement by issuing a decision pursuant to the clause of this contract entitled "DISPUTES."

22. SPECIAL 8(a) CONTRACT CONDITIONS (APR 1984/FAR 52.219-11)

The Small Business Administration (SBA) agrees to the following:

(a) To furnish the supplies or services set forth in this contract according to the specifications and the terms and conditions hereof by subcontracting with an eligible concern pursuant to the provisions of section 8(a) of the Small Business Act, as amended (15 U.S.C. 637(a)).

(b) That in the event SBA does not award a subcontract for all or a part of the work hereunder, this contract may be terminated either in whole or in part without cost to either party.

(c) Delegates to the Air Force District of Washington Contracting Office the responsibility for administering the subcontract to be awarded hereunder with complete authority to take any action on behalf of the Government under the terms and conditions of the subcontract; provided, however, that the Air Force District of Washington Contracting Office shall give advance notice to the SBA before it issues a final notice terminating the right of a subcontractor to proceed with further performance, either in whole or in part, under the subcontract for default or for the convenience of the Government.

(d) That payments to be made under any subcontract awarded under this contract will be made directly to the subcontractor by the Air Force District of Washington Contracting Office.

(e) That the subcontractor awarded a subcontract hereunder shall have the right of appeal from decisions of the Contracting Officer cognizable under the "Disputes" clause of said subcontract.

23. SPECIAL 8(a) SUBCONTRACT CONDITIONS (APR 1984/FAR 52.219-12)

(a) The Small Business Administration (SBA) has entered into Contract No. F49642-88-D0054 with the Air Force District of Washington to furnish the supplies or services as described therein. A copy of the contract is attached hereto and made a part hereof.

(b) The Information Systems Network (ISN), hereafter referred to as the subcontractor, agrees and acknowledges as follows:

(1) That it will, for and on behalf of the SBA, fulfill and perform all of the requirements of Contract No. F49642-88-D0054 for the consideration stated therein and that it has read and is familiar with each and every part of the contract.

(2) That the SBA has delegated responsibility for the administration of this subcontract to the Air Force District of Washington Contracting Office with complete authority to take any action on behalf of the Government under the terms and conditions of this subcontract.

(3) That it will not subcontract the performance of any of the requirements of this subcontract to any lower tier subcontractor without the prior written approval of the SBA and the designated Contracting Officer of the Air Force District of Washington Contracting Office.

(c) Payments, including any progress payments under this subcontract, will be made directly to the subcontractor by the Air Force District of Washington Contracting Office.

24. LIMITATIONS ON SUBCONTRACTING (OCT 1987/FAR 52.219-14).

By submission of an offer and execution of a contract, the Offeror/Contractor agrees that in performance of the contract in the case of a contract for--

(a) Services (except construction). At least 50 percent of the cost of contract performance incurred for personnel shall be expended for employees of the concern.

(b) Supplies (other than procurement from a regular dealer in such supplies). The concern shall perform work for at least 50 percent of the cost of manufacturing the supplies, not including the cost of materials.

(c) General construction. The concern will perform at least 15 percent of the cost of the contract, not including the cost of materials, with its own employees.

(d) Construction by special trade contractors. The concern will perform at least 25 percent of the cost of the contract, not including the cost of materials, with its own employees.

F49642-88-Q2854

F49642- 88 - D0054

25. CHANGES REQUIRING NO EQUITABLE ADJUSTMENT (JUN 1987/AFDW FAR SUP 52.243-9000)

(a) Purpose. The purpose of this paragraph is to establish a procedure whereby one contractual amendment will be used both to direct changes of the type specified in the Changes clause of this contract and to settle any question of equitable adjustments that might arise. This procedure shall apply only to those changes which will have no effect on the monetary value, delivery schedule, or other provisions of the contract.

(b) Procedure. When it is proposed to make a change under a Changes Clause and both parties can agree that such proposed change will not necessitate any equitable adjustment as contemplated by said clause and this paragraph, the contractor shall submit a written proposal or offer to accomplish the proposed change without an equitable adjustment. If, after receipt of the proposal or offer, the contracting officer determines that no adjustment is necessary, he or she may accept the contractor's proposal or offer by issuing an executed copy of an SF30. The modification shall (i) cite this paragraph, (ii) reference the contractor's proposal or offer, and (iii) direct the changes to be accomplished. The issuance of the modification shall constitute acceptance of the contractor's proposal or offer; shall be binding on both parties; and shall constitute a full, complete, and final settlement for the changes directed.