F49642- 88 - D0054

F49642-88-Q2854

PART III - DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

SECTION J - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

ATTACHMENTS

| NO. | NAME | NUMBER OF PAGES | DATE |
|---|---|---|---|
| 1. | Statement of Work/Specifications | 4 | 88SEP 01 |
| 2. | Special Instructions | 4 | 88 JUN 10 |

EXHIBITS

| NO. | NAME | NUMBER OF PAGES | DATE |
|---|---|---|---|
| 1. | DD Forms 1423 (With attached format sample) | 1 | 88 SEP 16 |

STATEMENT OF WORK
FOR
INSTALLATION OF THE
HQ USAF COMMUNICATIONS FACILITY
10 JUNE 1988

01 SEP 1988

1.0 SCOPE

1.1

This Statement of Work (SOW) details the general requirements for a contractor to provide installation, construction, and testing teams to install, test. and align a Communication Facility (CF) for the HQ U.S. Air Force. The CF shall be used to provide voice communications, video and audio (voice) conferencing and data communications services to the HQ USAF. Voice communications channels with Full Duplex telephone instruments will be used to coordinate installation and maintenance taskings.

1.2

The CF is located within the Pentagon building to include Secretary of the Air Force and HQ USAF offices, and the 7th Communications Group (7CG) offices and Central Computing Facility.

1.3

Portions of the CF are already installed and available as Government Furnished Equipment (GFE). The contractor shall be required to provide all services and materials necessary to complete the inside CF cable plant according to the attached specifications.

2.0 APPLICABLE DOCUMENTS

2.1 HQ USAF CF SPECIFICATIONS (ORIGINAL)

2.2 HQ USAF CF CURRENT AS-BUILT DRAWINGS

## 2.3 SPECIAL INSTRUCTIONS FOR THE HQ USAF CF INSTALLATION

## 3.0 REQUIREMENTS

3.1

The contractor will be presented with the current status of the HQ USAF Communications Facility based on the original specifications and current as-built drawings. The contractor shall use the current inside cable plant and components as GFE, and shall furnish and install additional cable and components as necessary to complete the installation according to the original specifications. The cable and components shall be of the same type and brand used on the original HQ USAF CF Installation already in progress. The inside cable plant shall be installed on a segment-by-segment basis according to the CF segment specifications and diagrams included in the original and current specifications.

3.2

The contractor shall furnish all construction services and materials to install the CF cable in the building and shall complete all in-progress construction work including asbestos work (scheduling with customer offices, hole-drilling, hole-cutting, monitoring), installing ceiling access panels, mounting cable components, plastering, painting, outlet construction (conduit, wire-mold, outlet box, terminators), and clean up of all contractor-induced debris.

3.3

The contractor shall test, evaluate, and align each segment according to the functional specifications found in the original CF specifications. Each segment shall be tested off-line before integrating to into the main CF cable. After segment test and alignment, the contractor shall produce a test report for that segment which will be used by the 7CG as a guide for inside cable plant maintenance.

3.4

The contractor shall furnish all documentation, according to original CF specifications, necessary to manage and document the CF installation and testing to include monthly progress reports, test reports (includes signal-level listings) for each segment, and final as-built drawings for each segment.

3.5

The contractor shall ensure that all contractor and subcontractor employees possess the necessary clearances to work in the Pentagon. Only installation in secure and vaulted areas will require Government escort.

3.6

The contractor shall provide all the necessary management controls for the successful completion of the CF installation to include managing all the above-mentioned services, performing site surveys, scheduling installation with customer offices (including asbestos work and working in secure areas), meeting with the Government, providing an on-site manager, and providing engineering expertise to resolve installation problems or changes.

4.0 <u>QUALITY ASSURANCE</u>

The 7CG will perform physical and functional audits of each CF segment once it has been installed, tested, and aligned. The 7CG will ensure that all CF cable components have been properly installed, to include number of components, location, labeling, and construction/cosmetic work, and that the cable plant meets the specified functional requirements. The contractor shall allow the 7CG 4 calendar weeks to perform the audits and provide a report to the contractor. Any discrepancies noted by the 7CG shall be corrected by the contractor within 15 calendar days from notification. Correction of discrepancies shall not impede progress of other installation and testing work. Government acceptance of contractor performance and subsequent payment will be based on the above 7CG audits and satisfactory correction of physical and functional discrepancies noted.

00000039

## 5.0 PREPARATION FOR DELIVERY

The contractor is responsible for all packaging, delivery, and storage of contractor furnished material. Temporary Government storage within the building will not be available.

## 6.0 NOTES

6.1

The contractor shall complete each of the CF segments according to the following schedule:

(each segment will be treated as a separate deliverable; each segment will be considered optional at the Government's discretion; the contract schedule does not imply serial delivery of segments. The contractor may deliver as many segments as desired whenever desired with in the constraints of this schedule. Government testing will be serial based on the priority established in the schedule.)

| Segment | Timing |
|---|---|
| 5-3 | Contract award + 10 weeks |
| 5-4 | + 14 weeks |
| 1-2/3 | + 22 weeks |

(the remainder of the segments will be treated as options;

| | |
|---|---|
| 4-3 | + 18 weeks |
| 5-2 | + 26 weeks |
| 5-1 | + 30 weeks |

6.2 The point of contacts for the SOW are:

7CG/DOWL
Attn: Capt ~~Girton,~~ Jasseff Alt.: Capt Hurst
Rm. 1B1046
Pentagon, Washington, DC 20330
(202) 695-0262



00000040

Special Instructions
for the
HQ USAF CF Installation
10 June 1988

1.0

The following special instructions apply as an addendum to the published specifications and current as-built drawings for the HQ USAF CF. This document supersedes the specification in the event of conflict.

2.0 INSTALLATION SPECIFICATIONS

a. The contractor shall install network interface cables as described in the attached current as-built drawings. On certain segments some network interface cables that are currently only partially installed shall be removed. The enclosed diagrams should provide adequate descriptions of which outlets to remove. In the event of any confusion the contractor will consult with DOWL to schedule a site survey.

In no event may the contractor deviate from the attached diagrams without contacting DOWL. DOWL will survey with the contractor the rooms on a segment in advance of installation to identify variances to the diagrams. It is the responsibility of the contractor to comply to these instructions regardless of user directives. DOWL will deal with any conflicts at the user area.

b. Within secure SCIF areas, the contractor shall install distribution cable and outlets only inside the SCIF area. No penetration of the SCIF wall will be allowed without prior coordination with the COTR. Trunk and distribution cable components outside the SCIF area shall be installed and properly terminated to allow for future penetration and connection of the cable into the SCIF area. Distribution cable and outlets inside the SCIF shall maintain proper separation from red communications lines.

c. The installed cable plant shall operate with the existing Network Monitoring System. The specifications for Network Monitoring System operability shall extend to the contractor-installed power supplies.



Attachment (2)

00000041

d. The contractor will install recessed network interface cables on each segment. Where they already exist, the contractor need not retro-fit. On each network interface cable, the contractor will install a 15' jumper cable terminated with an all male screw-on connector, a female-female barrel and a resisitive terminator. This cable will enable testing and voice/data/video hookups in the event furniture is installed in front of the network interface cable or it is otherwise made inaccessible.

e. The contractor will install only trunk cable in the segment 3-1/3-2 areas (Room 3A147). Outlets will not be required in either of these areas. The contractor will perform all other segment testing as specified in Testing Methodology section.

f. Segment 5-2 will not be installed and aligned per the specification. The square section of the segment has been pre-aligned. As a result, the contractor will disconnect the pie section from where it feeds off of CF 5EXXX and re-align using new SNC values calculated by the contractor. DOWL will ensure the square section presents proper inbound levels to the CF.

g. Segment 1-~~5~~ 2 will only be cabled to the extent necessary to support 1-3.

h. Segment 1-3 includes a standalone red network in the area known as AFCSA. This network will not be installed.

i. The Contractor will probably need an installation team in more than one segment at a time to meeting the demanding schedule in the Statement of Work. There is no indication that work must be performed serially. Use of temporary employees, consultants or subcontractors may be required.

## 3.0 SEGMENT TESTING METHODOLOGY

a. The contractor shall install the entire system as shown in the specifications. However, alignment and testing of the segment shall occur as soon as the trunk system is complete. The contractor shall complete all alignment through tests performed at the taps. As specified, the contractor shall test with a 75' test lead. This simulates the standardized network interface cable length on the system. In addition, the contractor shall

00000042

furnish test results from a minimum of one connection on each tap. The contractor shall furnish a simulated network connection (SNC), simulating connection to the riser system, for each segment tested in order to test the segment off-line with the proper signal levels. Design criteria for the SNC may be found in the Specification for continuity, DOWL would prefer the contractor follow the spec.

b. The government will follow up with its own validation testing. The government, like the contractor will test the alignment from each tap using a simulated network interface cable length. At a minimum one connection on each tap will be tested. Additionally, the government will test a minimum of 25% of all network interface cables in the system. At least one network interface cable on each tap will be tested. The contractor's responsibility is to ensure continuity on each installed network interface cable.

c. All loop, frequency response, hum, inbound and outbound testing will concur from the taps or other passives in the system. The rationale is to minimize the impact on the user during the test and alignment of a segment, potentially the longest phase.

d. The contractor will provide preliminary test data to DOWL upon completion of the alignment and testing process. DOWL will use the data to begin government acceptance testing ASAP. The contractor will not be held responsible for any re-alignment efforts resulting from Government testing until the official period has expired for completion of the Contractor Test Report. However, if the Government and contractor are in agreement with the discrepancies. the contractor may begin fixing the residuals upon Government notification. The intent is to make each segment operational as quickly as possible while still providing the contractor adequate time to complete documentation.

e. The contractor will probably need more than one test team working in more than one segment at a time to meet the demanding schedule in the Statement of Work. There is no indication the testing and turnover of segments must be performed serially.

f. In an effort to avoid excessive exposure above the dropped ceilings in the Pentagon, DOWL will accompany the contractor during final alignment and testing. DOWL will visually validate test results during the cycle.. This will preclude the requirement for DOWL to enter the dropped ceiling during Government Test and Acceptance. Once we have verified the results, it is not necessary to re-verify. The contractor will make available his test results at any time during the alignment and testing process. The format for testing is outlined in the original HQ USAF CF specification.

g. An additional test not described by the HQ USAF CF specification will be performed and reported by the contractor. Each amplifier on the segment (Trunk or line extender) will be swept to verify the gain and slope settings through it. This is to enable quick swap-out in the event of component failure.

## 4.0 MAINTENANCE

Contractor maintenance shall not be required under this statement of work effort. However, the contractor may provide, at his discretion, a free estimate of the cost to provide maintenance on a 2 hour to respond, 4 hour to repair basis. Maintenance will be on the cable plant alone, with no responsibility for the attached devices; i.e. NIUs and video network interface cables. The estimate should include costs for maintaining the riser system, and each of ten segments. Maintenance may be fully exercised or selectively exercised; i.e., the riser and two segments vs. the entire Communications Facility. Alternatively, maintenance may not be exercised at all. The time required to complete this estimate shall not effect the start work date.

## 5.0 DOCUMENTATION

In addition to the monthly progress, the contractor shall furnish two-week rolling schedules on a weekly basis, outlining the installation and testing work to be performed over the next two-week period. The contractor will notify DOWL of the rooms that will be visited so we can coordinate access in advance. The contractor shall also furnish on a daily basis a list of completed component and outlet work by location and will follow the attached format.

# DAILY PROGRESS REPORT

| LOCATION | COMPONENTS INSTALLED | COMMENTS |
|---|---|---|

# CONTRACT DATA REQUIREMENTS LIST

ATCH NR 1 TO EXHIBIT 1

TO CONTRACT/PR ________

CATEGORY ________

SYSTEM/ITEM ________

CONTRACTOR ISN

| 1. Sequence Number | 2. Title or Description of Data / 3. Subtitle | 4. Authority (Data Item Number) | 5. Contract Reference | 6. Technical Office | 7. | 8. | 9. | 10. Frequency | 11. As of Date | 12. Date of 1st Submission | 13. Date of Subsequent Subm/Event ID | 14. Distribution and Addressees | 15. Total | 16. Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Monthly Progress Report | Best Commerical Practice | Special Instructions | 7CG | | | | | | | | 7CG/DOWL Pentagon | | |
| 002 | Two week rolling Schedule on Weekly basis | Best Commerical Practice | Special Instructions | 7CG | | | | | | | | 7CG/DOWL Pentagon | | |
| 003 | Daily Report Completed Component | Best Commerical Practice | Special Instructions | 7CG | | | | | | | | 7CG/DOWL Pentagon | | Sample Format Daily Report (Attached) |
| | | | | | | | | | | | | | | |

PREPARED BY: KENNETH CARTER [signature] DATE: 9/16/88

APPROVED BY: JOANNE Y. MOHN [signature] DATE: 9/16/88

DD FORM 1423 JAN 78

PAGE ___ OF 1 PAGES