# In the United States Court of Federal Claims

No. 04-632 C

(Filed July 20, 2004)

* * * * * * * * * * * * * * * * * * * * * *
INFORMATION SYSTEMS AND *
NETWORKS CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On July 14, 2004, plaintiff filed a Consent Motion for Enlargement of Time of fifty-two days, to and including September 17, 2004, to file its opposition to defendant's motion for summary judgment. Accordingly, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

s/Lynn J. Bush
Lynn J. Bush
Judge