IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 04-632C (Judge Bush) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OR ALTERNATIVELY, CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Information Systems & Networks Corporation ("plaintiff or ISN"), by its undersigned attorneys, moves this Honorable Court for an Order pursuant to Rule 41(a)(2) dismissing the Complaint without prejudice. In the alternative, plaintiff seeks an extension of the filing date for Plaintiff's Opposition to Defendant's Motion For Summary Judgment to twenty (20) days after this Court's ruling on the Motion for Voluntary Dismissal Without Prejudice. Defendant consents to the extension of time requested in this Motion, but does not consent to the voluntary dismissal without prejudice.

The voluntary dismissal is necessary because plaintiff has discovered that its Complaint inadvertently contradicts the theory contained in the certified claim submitted to the contracting officer. Plaintiff seeks leave to re-file its Complaint in order to make it consistent with the certified claim. While defendant does not consent to this portion of

the Motion, defendant is not prejudiced by the voluntary dismissal without prejudice. No discovery has taken place in this case, and defendant's only participation thus far has been in filing its dispositive motion. On the other hand, ISN would be prejudiced by the inability to re-file its pleading in order to proceed on the merits of its claims.

The consented to extension of time is necessary in the absence of an Order for dismissal without prejudice to allow ISN to defend the Complaint as filed in the event the Court does not allow for voluntary dismissal.

WHEREFORE, for the reasons stated, Information Systems & Networks Corporation requests a voluntary dismissal of the Complaint, or, in the alternative, an enlargement of the time for it to file its Opposition to Defendant's Motion for Summary Judgment, up to and including twenty (20) days after the date upon which the Court rules on the Motion for Voluntary Dismissal Without Prejudice.

Dated: September 17, 2004

Respectfully submitted,

SINGER & ASSOCIATES, PC

By: s/ Norman H. Singer

NORMAN H. SINGER, Esquire
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
Tel. (301) 469-0400
Fax (301) 469-0403

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing "PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OR ALTERNATIVELY, CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT" was filed electronically this 17th day of September, 2004, and served via email on counsel for defendant by virtue of electronic filing.

s/ Norman H. Singer
NORMAN H. SINGER, Esquire

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.