IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS AND NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-632C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 30 days, to and including January 19, 2005, within which to file our response to the amended complaint. Our response is due on December 20, 2004. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Information Systems And Networks, Corporation ("Info Systems"), has authorized us to state that Info Systems does not oppose this motion.

The original complaint identified a tripartite contract between Info Systems, the Small Business Administration, and the Air Force as the basis for liability. The amended complaint identifies a "separate" contract with the Small Business Administration as the basis for liability. Accordingly, counsel for the United States must make a formal request to the Small Business Administration for a litigation report. Counsel will seek this report upon an expedited basis, but in light of the holidays and the usual crush of other business, counsel does not expect a response before January.

Once we have received a report from the Small Business Administration, some time will be needed to draft the response to the amended complaint. In addition, time will be needed for review of the draft response by counsel for the agency and by supervisors within the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

December 2, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 2, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier