# In the United States Court of Federal Claims

No. 04-632 C

(Filed December 3, 2004)

* * * * * * * * * * * * * * * * * * * * * *
INFORMATION SYSTEMS AND *
NETWORKS CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On December 2, 2004, defendant filed an Unopposed Motion for an Enlargement of Time, Out of Time, of thirty days, to and including January 19, 2005, within which to file its response to plaintiff's complaint. Accordingly, it is hereby **ORDERE**D that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge