IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS AND NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-632C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 56 days, to and including March 16, 2005, within which to file our response to the amended complaint. Our response is due on January 19, 2005. This is our second request for an enlargement of time for this purpose, the Court having granted an enlargement of 30 days. Counsel for plaintiff, Information Systems And Networks, Corporation ("Info Systems"), has authorized us to state that Info Systems does not oppose this motion.

The original complaint identified a tripartite contract between Info Systems, the Small Business Administration, and the Air Force as the basis for liability. The amended complaint identifies a "separate" contract with the Small Business Administration as the basis for liability. Accordingly, counsel for the United States has made a formal request to the Small Business Administration ("SBA") for a litigation report. Counsel for the SBA has begun a search for relevant documents; it is possible that no such documents still remain in SBA files.

On January 10, 2005, counsel began trial in Short Brothers PLC v. United States, No. 98-894C (Fed. Cl.). On January 14, 2005, trial was interrupted because counsel for the United States suffered a serious eye injury. Trial will resume on February 7, 2005, and is expected to continue throughout the month of February.

Because of counsel's eye injury, his working hours must be limited to some extent. In any event, counsel will be unable to devote himself to this case until the trial is complete at or near the end of February.

Some time will be needed to draft the response to the amended complaint. In addition, time will be needed for review of the draft response by counsel for the agencies and by supervisors within the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER

Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

January 18, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 18, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier