# In the United States Court of Federal Claims

No. 04-632 C

(Filed January 28, 2005)

* * * * * * * * * * * * * * * * * * * * *
INFORMATION SYSTEMS AND NETWORKS CORPORATION, *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 18, 2005, defendant filed an Unopposed Motion for an Enlargement of Time of fifty-six days, to and including March 16, 2005, within which to file its response to plaintiff's complaint. Accordingly, it is hereby **ORDERE**D that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge