No. 04-632C
(Judge Bush)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

INFORMATION SYSTEMS AND
NETWORKS CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

# APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT CONCERNING AMENDED COMPLAINT

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

March 10, 2005

Attorneys for Defendant