# INDEX TO THE APPENDIX


| | Page (s) |
|---|---|
| Declaration of Howard V. Carden dated June 25, 2004 . . . . . . . . . . . . . . . . . . . . | A-E |
| Modification P00009, to DO 6009 dated April 14, 2003 . . . . . . . . . . . . . . . . . . . | F-G |
| Computer generated finance record . . . . . . . . . . . . . | H-I |
| Email to Debi Weems Modification P00001 to Deliver Order 6009 dated May 2, 2003 . . . . . . . . . . . . . . . . . . . . . . | J |
| Contract F49642-88-D-0054 . . . . . . . . . . . . . . . . . . | 1-46 |
| Modification P00001 to Contract F49642-88-D-0054 . . | 47-48 |
| Modification P00002to Contract F49642-88-D-0054 . . . | 49-51 |
| Modification P00003to Contract F49642-88-D-0054 . . . | 52-53 |
| Delivery order 6009 . . . . . . . . . . . . . . . . . . . | 54-60 |
| Modification P00001 to Deliver Order 6009 . . . . . . | 61-63 |
| Modification P00002 to Deliver Order 6009 . . . . . . | 64-67 |
| Modification P00003 to Deliver Order 6009 . . . . . . | 68-69 |
| Modification P00004 to Deliver Order 6009 . . . . . . | 70 73 |
| Modification P00005 to Deliver Order 6009 . . . . . . | 74-76 |
| Modification P00006 to Deliver Order 6009 . . . . . . | 77-78 |
| Modification P00007 to Deliver Order 6009 . . . . . . . . | 79 |
| Declaration of Stanley Fujii . . . . . . . . . . . . . . . . . | 80 |