IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | No. 04-632C |
| v. | ) | (Judge Lynn J. Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DECLARATION OF HOWARD V. CARDEN

I, Howard V. Carden, hereby state as follows:

1. I am a civilian employee of the United States Air Force. I am a contracting officer in the 11th Contracting Squadron, Bolling Air Force Base, DC.

2. I was the contracting officer who executed on behalf of the United States Air Force, modification P00009, to delivery order 6009, under Contract F49642-88-D-0054. A true and complete copy of the modification P00009, taken from the P00009 Delivery Order file is attached as attachment 1. P00009 is a two page document.

3. Attached as attachment 2-1 is a computer generated document showing electronic payment on 5 May, 2003, in the amount of $1,664,879,00, to ISN Corporation, the Plaintiff in this case. Attached as attachment 2-2 is a computer generated document showing the fund citations use to pay the $1,664,879.00 to ISN Corporation. Attached as attachment 2-3 is an email, from Rick Dillow, Chief Accounting Liaison Officer-Bolling, to Debi Weems, informing her that



A

the $1,664,879.00 should be paid to ISN Corporation on May 5, 2003. These documents were take from the P00009 Delivery Order file.

4. Attached is a true and complete copy of the basic contract F49642-88-D-0054, pages numbered 00000001-0000046, which is a tripartite agreement between the United States Air Force, the United States Small Business Administration and, ISN Corporation, the Plaintiff herein. The signature page is found at page 00000002. This document was taken from a copy of the Rule 4 file prepared for the proceedings before the Armed Services Board of Contract Appeals (ASBCA), ASBCA No. 46119.

5. A true and complete copy of Modification P00001, to the contract are pages numbered 00000047-48. P00001 was an administrative modification to add "The Joint Staff, Pentagon, Washington, D.C." to the description of the specifications on page C-1 of the contract. This document was taken from a copy of the Rule 4 file prepared for the proceedings before the Armed Services Board of Contract Appeals (ASBCA), ASBCA No. 46119.

6. A true and complete copy of Modification P00002, to the contract are pages 00000049-51. P00002 exercised the Air Forces right to extend the term of the contract for the period October 1, 1989 through September 30, 1990. This document was taken from a copy of the Rule 4 file prepared for the proceedings before the Armed Services Board of Contract Appeals (ASBCA), ASBCA No. 46119.



IS

7. A true and complete copy of Modification P00003, to the contract are pages 00000052-53. P00003 exercised the Air Forces right to extend the term of the contract for the period October 1, 1990 through September 30, 1991. This document was taken from a copy of the Rule 4 file prepared for the proceedings before the Armed Services Board of Contract Appeals (ASBCA), ASBCA No. 46119.

8. A true and complete copy of Delivery Order (DO) 6009, for four sites, are pages numbered 00000054-60. This document was taken from a copy of the Rule 4 file prepared for the proceedings before the Armed Services Board of Contract Appeals (ASBCA), ASBCA No. 46119. This DO reflects an order to provide networking for 4 sites.

9. As of this date, after a search of the files maintained by the 11th Contracting Squadron, Bolling Air Force Base, a copy of DO 6009 that reflects an order for 13 sites has not been located nor any other alternate DO 6009.

10. A true and complete copy of Modification P00001, to DO 6009 are pages 00000061-63. Modification P00001, to DO 6009 increased the funding of DO 6009 by $176,000.00. This document was taken from a copy of the Rule 4 file prepared for the proceedings before the Armed Services Board of Contract Appeals (ASBCA), ASBCA No. 46119.

11. A true and complete copy of Modification P0002, to DO 6009 are pages 00000064-67. Modification P0002, to DO 6009 added a Department of Defense Contract Security Classification Specification to the

Delivery Order. This document was taken from a copy of the Rule 4 file prepared for the proceedings before the Armed Services Board of Contract Appeals (ASBCA), ASBCA No. 46119.

12. A true and complete copy of Modification P0003, to DO 6009 are pages 00000068-69. Modification P0003, to DO 6009 was issued to correct the cumulative total funding to reflect $3,180,378.95. This document was taken from a copy of the Rule 4 file prepared for the proceedings before the Armed Services Board of Contract Appeals (ASBCA), ASBCA No. 46119.

13. A true and complete copy of Modification P0004, to DO 6009 are pages 00000070-73. Modification P0004, to DO 6009 increased the funding of the delivery order by $220,000.00. This document was taken from a copy of the Rule 4 file prepared for the proceedings before the Armed Services Board of Contract Appeals (ASBCA), ASBCA No. 46119.

14. A true and complete copy of Modification P0005, to DO 6009 are pages 00000074-76. Modification P0005, to DO 6009 is a Notice of Partial Termination. This document was taken from a copy of the Rule 4 file prepared for the proceedings before the Armed Services Board of Contract Appeals (ASBCA), ASBCA No. 46119.

15. A true and complete copy of Modification P0006, to DO 6009 are pages 00000077-78. Modification P0006 to DO 6009 increased the amount of work terminated from DO 6009. This document was taken from



D

a copy of the Rule 4 file prepared for the proceedings before the Armed Services Board of Contract Appeals (ASBCA), ASBCA No. 46119.

16. A true and complete copy of Modification P0007, to DO 6009 is page 00000079. Modification P0007, to DO 6009 added $330,000.00 in funding to cover probable liabilities for termination costs.

17. To date, after a search of the files maintained by the 11th Contracting Squadron, Bolling Air Force Base, a copy of Modification P0008, to DO 6009 has not been located.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 25th day of June, 2004.

Howard V. Carden

Howard V. Carden
Contracting Officer
United States Air Force

E

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE | PAGE OF PAGES 1 | 1

2. AMENDMENT/MODIFICATION NO.: P00009
3. EFFECTIVE DATE: 04/09/03
4. REQUISITION/PURCHASE REQ. NO.: F4964288D0054
5. PROJECT NO. *(If applicable)*:

6. ISSUED BY CODE FA7012
11 CONS/LGCN
110 Luke Ave STE 250
Bolling AFB, DC 20032-0305

7. ADMINISTERED BY *(If other than Item 6)* CODE
See Block 6

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

PRIME: Small business Administration

SUB: Information Systems Network Corp.
10411 Motor City Drive
Bethesda, Md. 20817

DUNS: 038995171

CODE 0BTB1 FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO.
X F49642-88-D-0054 6009

10B. DATED *(SEE ITEM 13)*
09/14/89

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*
SEE SCHEDULE

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER *(Specify type of modification and authority)* IAW FAR 52.233-1 Disputes |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Agreement for settlement with Information Systems Networks Corp, to provide funds of $ 1,664,879.00 for ASBCA Case # 46119.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*
Norman H. Singer, Vice President/General Counsel

16A. NAME AND TITLE OF SIGNER *(Type or print)*
HOWARD V. CARDEN, CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
[signature]
*(Signature of person authorized to sign)*

15C. DATE SIGNED
4-14-03

16B. UNITED STATES OF AMERICA
BY Howard V. Carden
*(Signature of Contracting Officer)*

16C. DATE SIGNED
4-14-03

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

F

Attachment 1-1

P00009 2003 APR 09 F49642-89-D-0054-8009 02

PURPOSE: Agreement for settlement with ISN, ASBCA No. 46119.

A. This modification is issued to provide payment to the Contractor, Information Systems Network Corp. (ISN) after full and complete negotiations concluded on 21 March 2003 and decision of ASBCA Case # 46119, for the amount of $1,664,879.00 including both entitlement and quantum and have also decided to settle, for now and for all times, any and all claims and any other matters arising under or related to subject contract. By signing the SF30, the Contractor, ISN, agrees to full settlement of claims as described in this paragraph.

B. The contractor, ISN, has invoiced for payment in the amount of $1,664,879.07 under project number 1218-6009 on 04/03/03. Per telephone conversation on 14 APR 2003 with Mr. Norman H. Singer, Attorney for ISN, the difference of $.07 is waived and he will accept payment of $1, 664,879.00.

C. Electronic Payment Information:
Information Systems & Networks Corporation
Escrow Account, Account # 17-287-298
ABA Routing # 054000030
Riggs Bank

Accounting Appropriations:

| | |
|---|---|
| 9710100.1200 4010 00000 2525 9JAA97 012123 DJAM 1 0283 | $ 596,026.70 |
| 9710300.1220 4015 P1009 2525 9JBA97 012123 DJAM 10282 | $1,063,441.19 |
| 9700300.1220 4015 P0009 2525 9JBA97 012123 DJAM 0 0303 | $ 5,411.11 |

G

TOTAL P.03

Attachment 1-2

ge: 1 Document Name: BOA036

QAT8
OF DATA ENTRY TECH: KLK SITE-ID: 52
TE: 05/MAY/03 LINKED INVOICES & DOV'S VIEW IAPS TIME: 12:59

==========================================================================

NTR-#:F4964288D00546009___VEND-NM:INFORMATION SYSTEMS NETWORKS CO

==========================================================================

| E# | INV-ID | INV-DT | INV-RCVD | DUE/PAID | DOV-# | PAID/TO BE PAID |
|---|---|---|---|---|---|---|
| | 1218-6009 | | | 030505 | DP30025073 P | 1664879.00 |

==========================================================================

TIONS: (M)ORE (#) LNE# FOR INV TOTALS
(Y) PREV MENU (Z) LOGOFF

ENTER OPTION: _ XMIT< *

4 FURTHER RECORDS DO NOT EXIST

H

Attachment 2-1

ate: 5/5/2003 Time: 2:00:49 PM

ge: 1 Document Name: BOA036

```
'QATF
)OF                           DATA ENTRY                 TECH: KLK     SITE-ID: 52
TE: 05/MAY/03           CONTRACT TOTALS VIEW             IAPS          TIME: 13:00
==============================================================================

ONTR-#: F4964288D00546009___      CONTR-STATUS:                  DISC-PRCNT:
'OT-AMT:    1664879.00   TYPE-CURR: $ (AMT-IN: US DOLLARS )  DISC-DAYS:
'END-NAME: INFORMATION SYSTEMS NETWORKS CORP                   VEND-STATUS:
==============================================================================

R #   UOC ORDDATA APPROPRIATION  FCFY OBAN MFP RCCC  EEIC  BPAC   PROJ   MPC
 1          10283 97   1 01001220
 2          10282 97   1 03001220
 3          00303 97   0 03001220
 4
            DSR 1: DX31067  DSR 2: DX31071  DSR 3: DX31079  DSR 4:
       UOO:
       AEU:
    AEP(G):      596026.70      1063441.19        5411.11
     TOTAL:      596026.70      1063441.19        5411.11
    AEP(N):      596026.70      1063441.19        5411.11
U-ADJ-AMT:
 OPTIONS: (C) DSR-ADD  (F) CONTR-UPDATE  (M)ORE  (R) DSR MAINT.  (V)IEW
          (Y) PREV-MENU  (Z) LOGOFF           ENTER OPTION: _  XMIT: < * >
34     FURTHER RECORDS DO NOT EXIST
```

I

Attachment 2-2

ate: 5/5/2003 Time: 2:00:58 PM

## Weems Debi Civ 11 CONS/LGCN

**From:** Weems Debi Civ 11 CONS/LGCN
**Sent:** Friday, May 02, 2003 9:11 AM
**To:** 'Norm Singer'
**Subject:** FW: F4964288D00546009

Status - see below!
V/R
Debi Weems

-----Original Message-----
**From:** Dillow Richard Civ 11 WG/FMFL
**Sent:** Friday, May 02, 2003 9:09 AM
**To:** Weems Debi Civ 11 CONS/LGCN; Dade Diane Civ 11 CONS/LGCN; Bellamy, Emma V, CIV, JCS SJS; Steffens, Thomas C., LTC, JCS DOM
**Cc:** Dillow Richard Civ 11 WG/FMFL
**Subject:** F4964288D00546009

Lt Col Steffens & folks

This is to inform you that the payment to Information Systems Networks Corp for their claim against the gov't is scheduled to be paid on the 5th of May. This payment is going to be EFT to their account in the amount of $1,664,879.00 under voucher #DP30025073. Should anyone have any questions please let me know. Thanks

Rick Dillow
Chief Accounting Liaison Office-Bolling
202-767-8750 (DSN 297)
202-404-4757 (FAX)

5

Attachment 2-3