**AWARD/CONTRACT**

| | |
|---|---|
| 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING: NOT RATED |
| PAGE OF PAGES | 1 1 |
| 2. CONTRACT (Proc. Inst. Ident.) NO. | F49642-88-D0054 |
| 3. EFFECTIVE DATE | 88 SEP 22 |
| 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. | F2503382660999 |
| 5. ISSUED BY (CODE) | AFDW CONTRACTING OFFICE<br>BLDG 3534/CNA<br>ANDREWS AFB, DC 20331-5320 |
| 6. ADMINISTERED BY (If other than Item 5) (CODE) | AFDW CONTRACTING OFFICE<br>BLDG 3534/CNA<br>ANDREWS AFB, DC 20331-5320 |
| 7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code) | U.S. SMALL BUSINESS ADMINISTRATION<br>WASHINGTON DISTRICT OFFICE<br>1111 18TH STREET, N.W. 6TH FLOOR<br>P.O. BOX 19993<br>WASHINGTON, D.C. 20036 |
| CODE | FACILITY CODE |
| 8. DELIVERY | [ ] FOB ORIGIN [X] OTHER (See below) |
| 9. DISCOUNT FOR PROMPT PAYMENT | NET |
| 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: | ITEM: G-1 Para 3 |
| 11. SHIP TO/MARK FOR (CODE) | 7CG/XRXA<br>ROOM 1D152<br>PENTAGON, WASH D.C. 20330-6345 |
| 12. PAYMENT WILL BE MADE BY (CODE) | 7CG/ XRXF<br>ROOM 1D164<br>PENTAGON, WASH D.C. 20330-6345 |
| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: | [X] 10 U.S.C. 2304(c)( 5 ) [ ] 41 U.S.C. 253(c)( ) |
| 14. ACCOUNTING AND APPROPRIATION DATA | WILL BE CITED ON INDIVIDUAL DELIVERY ORDERS |

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | This award document incorporates by reference:<br>a. Section K, Certs and Reps.<br>b. Subcontractor technical proposal dated 19 Sep 88. | | | | MIN: $ 80,000 |
| | 15G. TOTAL AMOUNT OF CONTRACT | | | | MAX: $800,000 (per year) |

**16. TABLE OF CONTENTS**



| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I — THE SCHEDULE | | | | PART II — CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | A1 | X | I | CONTRACT CLAUSES | I1-I16 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | B1-B1a | | | PART III — LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | C1 | X | J | LIST OF ATTACHMENTS | J1 |
| X | D | PACKAGING AND MARKING | D1 | | | PART IV — REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | E1 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | K1-K2 |
| X | F | DELIVERIES OR PERFORMANCE | F1 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | G1 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | H1-H10 | | M | EVALUATION FACTORS FOR AWARD | |



*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. [X] CONTRACTOR'S NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return* All *copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. *(Attachments are listed herein.)*

18. [ ] AWARD *(Contractor is not required to sign this document.)* Your offer on Solicitation Number ______, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

| | |
|---|---|
| 19A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME OF CONTRACTING OFFICER<br>JOANNE Y. MOHN<br>CONTRACTING OFFICER |
| 19B. NAME OF CONTRACTOR<br>BY SEE SIGNATURE PAGE<br>(Signature of person authorized to sign) | 20B. UNITED STATES OF AMERICA<br>BY SEE SIGNATURE PAGE<br>(Signature of Contracting Officer) |
| 19C. DATE SIGNED | 20C. DATE SIGNED |

PRIME CONTRACT: F49642-88-D0054

SUBCONTRACT #: 3-88-1-2885

TRIPARTITE AGREEMENT

SIGNATURE PAGE

Subcontractor:
By:
Name and Title: Roma Malkani, President
Information Systems & Networks Corporation

Date: 9/26/88

Small Business Administration
United States of America
By:
Name and Title: Mary P. Swailes
Contracting Officer

Date: SEP 30 1988

Air Force District of Washington
Contracting Office
By:
Name and Title: JOANNE Y. MOHN
CONTRACTING OFFICER

Date: 9/22/88

F49642-88-Q2854

F49642-88-D0054

SECTION - B
SUPPLY/SERVICES AND PRICES

LAN INTEGRATION:

| ITEM | DESCRIPTION | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | TECHNICAL SUPPORT | | | | |
| 0001AA | Analyst Support | As Reqd | Hr. | SEE TABLE B-1 | |
| 0001AB | Programming Support | As Reqd | Hr. | " | |
| 0001AC | Training Support | As Reqd | Hr. | " | |
| 0001AD | Documentation Support | As Reqd | Hr. | " | |
| 0001AE | Application/Maintenance Spt. | As Reqd | Hr. | " | |
| 0001AF | Program Manager | As Reqd | Hr. | " | |
| 0001AG | Project Manager | As Reqd | Hr. | " | |
| 0001AH | LAN Project Engineer | As Reqd | Hr. | " | |
| 0001AJ | Word Process Operator | As Reqd | Hr. | " | |
| 0001AK | LAN Engineer Spec 1 | As Reqd | Hr. | " | |
| 0001AL | Cable Installer Supv. | As Reqd | Hr. | " | |
| 0001AM | Cable Installer | As Reqd | Hr. | " | |
| 0002 | Data (IAW DD1423) | As Reqd | | NOT SEPARATELY PRICED | |

F49642-88-D0054

TABLE B-1

Labor Categories & Rates

(CLIN 0001)

| LABOR CATEGORIES | HOURLY RATE (Direct Labor) |
|---|---|
| Analyst Support | $22.84 |
| Programming Support | 15.63 |
| Training Support | 19.23 |
| Documentation Support | 12.02 |
| Application/Maint Spec | 15.63 |
| Program Manager | 33.65 |
| Project Manager | 31.25 |
| Project Engineer | 31.25 |
| Word Processor Oper | 10.58 |
| Engineering Spec | 22.84 |
| Cable Installer Super | 15.63 |
| Cable Installer | 13.46 |
| Development Engineer | 28.85 |
| Application Engineer | 24.04 |
| Administrative Supp | 9.13 |

The above labor categories reflect unburdened direct labor rates to be paid for skill categories of employees on this contract. Subject to DCAA post-award audit, the following cost elements will be applied to direct labor costs:

| | |
|---|---|
| Fringe Benefits | 33.50% |
| Overhead (on-site) | 48.09% |
| G&A | 11.10% |
| Profit | 10.00% |

SPECIAL PRICING PROVISIONS:

The above rates will be effective from date of award thru 30 Sep 89. Prior to extending the term of the contract beyond 30 Sep 89, new labor rates for the extended period will be negotiated.

F49642-88-Q2854

F49642- 88 - D0054

PART I - THE SCHEDULE
SECTION C - DESCRIPTION/SPECIFICATIONS

1. PERFORMANCE WORK STATEMENT/STATEMENT OF WORK/SPECIFICATION

The Contractor shall provide all labor, tools, supervision and other services necessary to design, install, certify and manage the integration of 7CG computers, computer system and networks including local and wide area networks at the 7CG Air Force Communications, Pentagon, Wash. DC., and other Air Force Departments in the Washington DC metropolitan area, in accordance with Attachment #1, Statement of Work, dated 01 Sep 88.

F49642-88-Q2854

F49642-88-D0054

SECTION D

PACKAGING AND MARKING

1. The Contractor's standard or best commercial practice is acceptable for delivery within the continental United States.

2. The Contractor shall be responsible for the necessary packing, unpacking, packing material disposal and placement of the equipment required by the initial installation of the equipment.

F49642-88-Q2854

F49642- 88 - D0054

PART I
SECTION E
INSPECTION AND ACCEPTANCE

1. INSPECTION AND ACCEPTANCE

Inspection and accectance shall be performed at destination. by the Functional Area Point of Contact, Primary, Capt. Cameron Hurst USAF Alternate, Capt. Todd Tasseff USAF at (202) 695-0262 or their duly authorized representatives, who will sign a Certification of Services (Material Inspection and Receiving Report, DD250).

2. CLAUSES INCORPORATED BY REFERENCE (JUN 1988/FAR 52.252-2)

The contract incorporates the following clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

I.FEDERAL ACQUISITION REGULATION
(48 CFR CHAPTER 1) CLAUSES

| FAR Paragraph | Clause Title | Date of Clause |
|---|---|---|
| 52.246-4 | Inspection of Services - Fixed Price | APR 1984 |
| | II. DOD FAR SUPPLEMENT (48CFR CHAPTER 2) CLAUSES: | |
| 52.246-7000 | Material Inspection and Receiving Report | DEC 1969 |
| 52.246-7001 | Warranty of Data | NOV 1974 |

F49642-88-Q2854

F49642- 88 - D0054

PART I
SECTION F
DELIVERIES OR PERFORMANCE

1. PERIOD OF CONTRACT

Any contract awarded as a result of offers submitted in response to this solicitation shall extend from date of award through 30 September 1989, unless terminated under the terms of this contract, or unless extended pursuant to contract clauses Option to Extend the Term of the Contract (APR 1984/DOD FAR 52.270-7004) and Extension After Performance (APR 1984/AF FAR 52.237-9000).

2. CLAUSES INCORPORATED BY REFERENCE (JUN 1988/FAR 52.252-2)

This contract incorporates the following clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

| FAR Paragraph | Clause Title | Date of Clause |
|---|---|---|
| 52.212-15 | Government Delay of Work | APR 1984 |
| 52.247-34 | F.O.B. Destination | APR 1984 |

3. PLACE OF PERFORMANCE

7CG/DOWL
Room 1B1048
Pentagon, Washington, DC 20330-6345

4. DELIVERY OF DATA

Data shall be delivered in accordance with the schedule in the CDRL, DD 1423 and will specify the nature of all required services and data. The format and content of contractor prepared documents and other data will be in accordance with the requirements of the DD 1423.

F49642-88-Q2854

F49642- 88 - D0054

PART I
SECTION G
CONTRACT ADMINISTRATION DATA

1. CONTRACT ADMINISTRATION

In no event shall any understanding or agreement, contract modification, change order, or other matter in deviation from the terms of this contract between the contractor and a person other than the Contracting Officer be effective or binding upon the Government. All such actions must be formalized by a proper contractual document executed by the Contracting Officer.

2. ADDRESS TO MAIL PAYMENTS

Indicate below the address to which payments should be mailed if such address is different from bidder's address shown in block 15A of SF33:

Information Systems & Networks Corp
(Company's Name)

10411 Motor City Drive
(Street/Post Office Box)

Bethesda, MD 20817
(City, County, State, Zip Code)

3. PAYMENT

Payment will be made upon receipt of a proper invoice, as required by Section I, Payments, for all services completed and accepted during the month. Invoice will be forwarded to:

7CG/DOWL
Room 1B1048
Pentagon, Wash, DC 20330-6345

Payment will be made by:

7CG/XRXF
Room 1D164
Pentagon, Wash DC. 20330-6345

All checks shall be mailed to the contractor unless special arrangements for check pickup have been made and approved by the Finance Office.