AMENDMENT OF SOLICITATION/MODIFICATI . OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 02 |

| AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable |
|---|---|---|---|
| P00001 | 89APR06 | F2503302660999 | |

ISSUED BY CODE

AFDW CONTRACTING OFFICE
BLDG 3534
ANDREWS AFB MD 20331-5320

7. ADMINISTERED BY (If other than Item 6) CODE

NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip code)

INFORMATION SYSTEMS NETWORKS CORP 006RI3V

10411 MOTOR CITY DRIVE
BETHESDA, MARYLAND 20817

(x)

9A. AMENDMENT OF SOLICITATION NO.

9b. DATED (See item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
F4964288D0054

10B. DATED (See item 13)
88SEP30

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers |_|is extended, |_| is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a)By completing Items 8 and 15,and returning ___ copies of the amendment; (b)By acknowledging receipt of this amendment on each copy of the offer submitted; or (c)By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA (If required)

TO BE CITED ON INDIVIDUAL DELIVERY ORDERS

NET INC .00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. This change order is issued pursuant to:(Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A. |
| X | B. The above numbered contract/order is modified to reflect the administrative changes(such as changes in paying office,appropriation data,etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b). |
| | C. This supplemental agreement is entered in pursuant to authority of: |
| | D. Other (Specify type of modification and authority) |

E. IMPORTANT: Contractor |X| is not, |_| is required to sign this document and return ___ copies to the issuing office.

14. Description of amendment/modification (Organized by UCF section headings,including solicitation/contract subject matter where feasible.)

POC: K. CARTER
PHONE: 301 981-7641

SEE SCHEDULE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| MICHAEL ROGERS, DIRECTOR OF CONTRACTS | | GERMAINE A. DILLON CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature] (Signature of person authorized to sign) | 7 Apr 89 | BY Germaine A Dillon (Signature of Contracting Officer) | 89 Apr 10 |

FORMATION SYSTEMS NETWORKS CORP

A. TOTAL PRICE OF CONTRACT REMAINS UNCHANGED.

B. CONTRACTOR TO ADD TO PART 1, SECTION C, PARA 1, PAGE C-1 THE FOLLOWING:
"THE JOINT STAFF, PENTAGON, WASHINGTON, D.C.

C. THIS ADMINISTRATIVE MODIFICATION ISSUED TO ADD JCS.

END PAGE

AMENDMENT OF SOLICITATION/MODIFICATI... OF CONTRACT

1. CO ...CT ID CODE J

PAGE OF PAGES 1 | 03

. AMENDMENT/MODIFICATION NO. P00002

3. EFFECTIVE DATE 89OCT01

4. REQUISITION/PURCHASE REQ. NO. F2503392499901

5. PROJECT NO.(If applicable)

. ISSUED BY CODE

AFDW CONTRACTING OFFICE
BLDG 3534
ANDREWS AFB MD 20331-5320

7. ADMINISTERED BY (If other than Item 6) CODE

NAME AND ADDRESS OF CONTRACTOR (No.,street,county,State and Zip code)

PRIME CONTRACTOR: SMALL BUSINESS ADMINISTRATION

SUB-CONTRACTOR: INFORMATION SYSTEMS NETWORKS CORP 006RI3V
10411 MOTOR CITY DRIVE
BETHESDA, MARYLAND 20817

(x) 9A. AMENDMENT OF SOLICITATION NO.

9b. DATED (See item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. F4964288D0054

10B. DATED (See item 13) 88SEP30

...DE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers
[_] is extended, [_] is not extended.

...ffers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended
... one of the following methods:
...)By completing Items 8 and 15,and returning ___ copies of the amendment; (b)By acknowledging receipt of this amendment
... each copy of the offer submitted; or (c)By separate letter or telegram which includes a reference to the solicitation
...d amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS
...IOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire
... change an offer already submitted, such change may be made by telegram or letter,provided each telegram or letter
...kes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

ACCOUNTING AND APPROPRIATION DATA (If required)

TO BE CITED ON EACH INDIVIDUAL DELIVERY ORDER

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14. NET INC .00

A. This change order is issued pursuant to:(Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A.

B. The above numbered contract/order is modified to reflect the administrative changes(such as changes in paying office,appropriation data,etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b).

C. This supplemental agreement is entered in pursuant to authority of:

D. Other (Specify type of modification and authority)
CLAUSE DOD FAR 52.270-7004 OPTION TO EXTEND THE TERM OF CONTRACT

IMPORTANT: Contractor [X] is not, [_] is required to sign this document and return ___ copies to the issuing office.

Description of amendment/modification (Organized by UCF section headings,including solicitation/contract subject matter where feasible.)

POC: K. CARTER
PHONE: 301 981-7641

SEE SCHEDULE

...ept as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, ...ins unchanged and in full force and effect.

... AND TITLE OF SIGNER (Type or print)

16A.NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
JOANNE Y. MOHN CONTRACTING OFFICER

CONTRACTOR/OFFEROR

...nature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]

16C.DATE SIGNED
29 S... 11

A. THE GOVERNMENT HEREBY EXERCISES ITS RIGHT TO EXTEND THE TERM OF THE CONTRACT F49642-88-D0054 FOR THE PERIOD OF 89 OCT 01 THRU 90 SEP 30 PURSUANT TO SECTION I, DOD FAR 52.270-7004 "OPTION TO EXTEND THE TERM OF THE CONTRACT".

B. FAR 52.232-18 AVAILABILITY OF FUNDS (18 APR 1984)
FUNDS ARE NOT PRESENTLY AVAILABLE FOR THIS PROCUREMENT. THE GOVERNMENTS OBLIGATION HEREUNDER IS CONTINGENT UPON AVAILABILITY OF APPROPRIATED FUNDS FROM WHICH PAYMENT FOR THE CONTRACT PURPOSE CAN BE MADE. NO LEGAL LIABILITY ON THE PART OF THE GOVERNMENT FOR PAYMENT MAY ARISE UNTIL FUNDS ARE MADE AVAILABEL TO THE CONTRACTING OFFICER FOR THIS CONTRACT UNTIL THE CONTRACTOR RECEIVES NOTICE OF SUCH AVAILABILITY, TO BE CONFIRMED IN WRITING BY THE CONTRACTING OFFICER.
(SUCH NOTICE WILL BE FUNDED BY MODIFICATION (S) PLACED AGAINST THIS CONTRACT).

C. ALLL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

CONTINUED

RMATION SYSTEMS NETWORKS CORP

| NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 704597DUMMY901 | F2503392499901<br>PRI: 09 | 1 | EA | .00 | .00 |

END PAGE

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE J

PAGE OF PAGES 1

2. AMENDMENT/MODIFICATION NO. P00003

3. EFFECTIVE DATE 90OCT01

4. REQUISITION/PURCHASE REQ. NO. F2503382660999

5. PROJECT NO. (If applicable)

6. ISSUED BY CODE

AFDW CONTRACTING OFFICE
BLDG 3534
ANDREWS AFB MD 20331-5320

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip code)

SUB:

INFORMATION SYSTEMS NETWORKS CORP 006RI3V
10411 MOTOR CITY DRIVE
BETHESDA, MARYLAND 20817

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (See item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. F4964288D0054

10B. DATED (See item 13) 88SEP30

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers |_|is extended, |_| is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a)By completing Items 8 and 15,and returning ___ copies of the amendment; (b)By acknowledging receipt of this amendment on each copy of the offer submitted; or (c)By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA (If required)

TO BE CITED ON EACH INDIVIDUAL DELIVERY ORDER.

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14. NET INC .00

A. This change order is issued pursuant to:(Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A.

B. The above numbered contract/order is modified to reflect the administrative changes(such as changes in paying office,appropriation data,etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b).

C. This supplemental agreement is entered in pursuant to authority of:

D. Other (Specify type of modification and authority)
CLAUSE DOD FAR 52.270-7004 OPTION TO EXTEND THE TERM OF CONTRACT

E. IMPORTANT: Contractor |X| is not, |_| is required to sign this document and return ___ copies to the issuing office.

14. Description of amendment/modification (Organized by UCF section headings,including solicitation/contract subject matter where feasible.)

POC: G. DILLON
PHONE: 301 981-7308

SEE SCHEDULE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
JOANNE Y. MOHN
Contracting Officer

15B. CONTRACTOR/OFFEROR

(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED 90 Sep [handwritten]

STANDARD FORM

MATION SYSTEMS NETWORKS CORP

A. THE GOVERNMENT HEREBY EXERCISES ITS RIGHT TO EXTEND THE TERM OF THE CONTRACT F49642-88-D0054, INCLUDING ALL MODIFICATIONS THERETO, FOR THE PERIOD 90 OCT 01 THRU 91 SEP 30.

B. FAR 52.232-18 - AVAILABILITY OF FUNDS (APR 1984)

FUNDS ARE NOT PRESENTLY AVAILABLE FOR THIS CONTRACT. THE GOVERNMENT'S OBLIGATION HEREUNDER IS CONTINGENT UPON AVAILABILITY OF APPROPRIATED FUNDS FROM WHICH PAYMENT FOR THE CONTRACT PURPOSE CAN BE MADE. NO LEGAL LIABILITY ON THE PART OF THE GOVERNMENT FOR PAYMENT MAY ARISE UNTIL FUNDS ARE MADE AVAILABLE TO THE CONTRACTING OFFICER FOR THIS CONTRACT AND UNTIL THE CONTRACTOR RECEIVES NOTICE OF SUCH AVAILABILITY, TO BE CONFIRMED IN WRITING BY THE CONTRACTING OFFICER.

C. ALL OTHER T ERMS AND CONDITIONS REMAIN UNCHANGED.

END PAGE

ORDER FOR SUP[illegible]S OR SERVICES

form approved OMB No. 0704-0187 Expires Jul 31, 1989

page 1 of

| NTRACT/PURCH ORDER NO. | 2. DELIVERY ORDER NO. | 3. DATE OF ORDER | 4. REQUISITION/PURCH REQUEST NO. | 5. CERTIFI NATIONAL UNDER DMS |
|---|---|---|---|---|
| [illegible]0054 | 6009 | 89 SEP 14 | SEE SCHEDULE | DO |

BY code
NTRACTING OFFICE
34
S AFB MD 20331-5320
CARTER CMA 301 981-7641

7. ADMINISTERED BY code
AFDW CONTRACTING OFFICE
BLDG 3534
ANDREWS AFB MD 20331-5320

8. DELIVE
[X] BEST
[ ] OTHE
see sched if other

NTRACTOR code 0GKR15Y Facility Code
301-469-8400

* 
me and* INFORMATION SYSTEMS NETWORKS CORP
dress * 10411 MOTOR CITY DRIVE
* BETHESDA, MARYLAND 20817

10 DELIVER TO FOB POINT BY:
90 SEP 30

11. Check business
[ ] small
[X] small/d
[X] woman-

12. DISCOUNT TERMS
NET 30 DAYS

13. MAIL INVOICES TO:
SEE BLOCK 15

hip to: code F79240
E JOINT STAFF
RK FOR: F79240 88D00546009
-8/TSD ROOM 1D929 (MR. KREBS)
NTAGON, WASH, DC 20318-0000

15. PAYMENT WILL BE MADE BY: code F79240
AFDW/AFO
MRK FOR: F79240 88D00546009
AFMCSC (202) 767-4736
BOLLING AFB, D.C. 20331-5260

MARK ALL PACKAGES PAPER WI CONTRACT ORDER NU

Y [X] This delivery order is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
RCH [ ] Reference your 89R1180 furnish the following on terms specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREV HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM TH

NAME OF CONTRACTOR — SIGNATURE — TYPED NAME AND TITLE — DATE SIGNED

If this box is marked, supplier must sign acceptance and return the following number of copies:

ACCOUNTING AND APPROPRIATION DATA/LOCAL USE
[illegible]ULE

| 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|
| SEE ATTACHED SCHEDULE(S) ITEMS: 1 | | | | |

QUANTITY ACCEPTED BY THE GOVERNMENT IS AS QUANTITY ORDERED, INDICATE BY X. DIFFERENT, ENTER ACTUAL QUANTITY PTED BELOW QUANTITY ORDERED & ENCIRCLE

24. UNITED STATES OF AMERICA
BY: Germaine A Dillon (signature) CONTRACTING/ORDERING OFFICER

25. TOTAL 382900
29. DIFFERENCES —

QUANTITY IN COLUMN 20 HAS BEEN:
INSPECTED [ ] RECEIVED [ ] ACCEPTED AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

SIGNATURE OF AUTHORIZED GOVERNMENT REP.

27. SHIP NO. [ ] PARTIAL [ ] FINAL
28. D.O. VOUCHER NO.
30. INITIALS
32. PAID BY
33. AMT VERIFIED CORRE

TIFY THIS ACCOUNT CORRECT & PROPER FOR PAYMENT
31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
34. CHECK NUMBER

DATE SIGNATURE AND TITLE OF CERTIFYING OFFICER
35. BILL OF LADING NO.

EC'D | 38. REC'D BY | 39. DATE REC'D | 40. TOTAL CONT. | 41. S/R. ACCOUNT NUMBER | 42. S/R. VOUCHER NO.

00000054

F49642800D0546009

NATIONAL SYSTEMS NETWORKS CORP

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 7000JAN | F7924092549001<br>PRI: 09 | 1 | JB | 3029000.00 | 3029000.00 |

CONTRACTOR TO PROVIDE SERVICES, LABOR, TOOLS, MATERIALS, PERSONNEL AND EQUIPMENT TO SUCCESSFULLY IMPLEMENT THE NETWORK AND VIDEO TELECONFERENCING HARDWARE COMPONENTS TO ACCOMPOLISH AND IWAC VIDEO CONFERENCING NETWORK THAT WILL PROIVDE THE TECHNICAL BASELINE TO ENHANCE CINC PARTICIPATION IN THE DETAILED SUPPORTING ANALYSIS OF THE JOINT STRATEGIC PLANNING PROCESS FOR THE FOLLOWING SITES JCS/J8, CENTCOM, TRANSCOM AND SAC. SEE ATTACHMENT (1) FOR EQUIPMENT.

POINT OF CONTACT: MR. KREBS
202-693-4600.

ACCOUNTING AND APPROPRIATION DATA:

9790300 1220 4820 P9009 3124 S49447 DJAM90061.
9790100 1220 4820 2564 S49447 DJAM90062.
9790100 1220 4820 2564 S49447 DJAM90078.
9790300 1220 4820 P9009 3124 S49447 DJAM90078.

( END PAGE )

9 March 1989

ORGANIZATION OF THE JOINT CHIEFS OF STAFF (OJCS)

FORCE STRUCTURE, RESOURCE, AND ASSESSMENT DIRECTORATE (J-8)

## STATEMENT OF WORK

1. Originator. Mr. Gerard A. Krebs, GM-14, Joint Staff/J-8, 202-693-4609 or Autovon 223-4609.

2. Title. Internetted Warfighting Analysis Capability (IWAC) connectivity solution.

3. Purpose. Provide and implement an internetted capability that will connect existing Modern Aids to Planning Program (MAPP) analytical cells to the J-8 analytical computers.

4. Implementation Schedule.

| IWAC SUBSCRIBER | INSTALL AND TEST | OPERATIONAL |
|---|---|---|
| J-8 | SEP 89 | OCT 89 |
| HQ US CENTRAL COMMAND | SEP 89 | OCT 89 |
| HQ STRATEGIC AIR COMMAND | SEP 89 | OCT 89 |
| HQ US TRANSPORTATION COMMAND | SEP 89 | OCT 89 |
| HQ US PACIFIC COMMAND | SEP 89 | OCT 89 |
| HQ US SPACE COMMAND | SEP 89 | OCT 89 |
| HQ US EUROPEAN COMMAND | FEB 90 | MAR 90 |
| HQ US ATLANTIC COMMAND | FEB 90 | MAR 90 |
| HQ US FORCES COMMAND (JWC) | FEB 90 | MAR 90 |
| HQ US SPECIAL OPERATIONS COMMAND | FEB 90 | MAR 90 |
| HQ US SOUTHERN COMMAND | FEB 90 | MAR 90 |
| HQ ROK-US COMBINED FORCES COMMAND | FEB 90 | MAR 90 |

5. Abstract.

a. MAPP provides common computer suites and software models for participating unified and specified commands. Existing MAPP analytical cells cannot communicate with each other and are not networked with J-8's analytical computers. The IWAC network would therefore provide the technical baseline to enhance CINC participation in the detailed supporting analysis of the joint strategic planning process.

b. The technical plan calls for providing VAX to VAX connectivity using 56kbs service and linking all sites for teleconferencing using commercial T1 service. Both connectivity plans call for the use of encryption devices to allow passage of

classified data to the Top Secret level. In addition, use will be made of the existing Defense Data Network for passage of slow speed traffic.

6. Requirement Description.

a. The Joint Staff has an urgent requirement to implement a distributed analytical network designed to enhance unified and specified command participation in the detailed supporting analysis phases of the joint strategic planning process. This capability is intended to facilitate the expeditious exchange of worldwide nuclear and conventional force structure, and warfighting capability information between the Commander in Chiefs (CINCs) and the Joint Staff.

b. IWAC's initial focus is placed on those J-8 phases of supporting analysis in the planning process that contribute to the Chairman's Net Assessment for Strategic Planning (CNASP), the Joint Program Assessment Memorandum (JPAM), and the Joint Military Net Assessment (JMNA).

7. Justification:

a. The Goldwater-Nichols Department of Defense Reorganization Act of 1986 tasked the Chairman of the Joint Chiefs of Staff with preparing strategic plans which conform with resource levels projected by the Secretary of Defense. The Department of Defense was tasked with performing net assessments, as part of the strategic planning process, to determine the capabilities of the armed forces of the United States and its allies as compared with those of their potential adversaries.

b. Two military net assessments are now required as a result of the Goldwater-Nichols guidance. They are the CNASP and JMNA. CNASP is a new JCS MOP 84 requirement and is intended to support the development of the Joint Strategic Planning Document (JSPD). JSPD assesses the projected risk to US interests and security. JMNA is a direct result of the Defense Authorization Act. This Act requires the Secretary of Defense to provide a net assessment of defense capabilities and programs. JPAM is a MOP 84 requirement of the Joint Strategic Planning System (JSPS). The Joint Staff Directorate for Force Structure, Resource and Assessment (J-8) is tasked to produce the CNASP, JMNA, and the JPAM.

8. Detailed Characteristics.

a. Equipment Environment.

(1) Since each IWAC network subscriber has its hardware

configured somewhat differently with equipment purchased from the existing MAPP contract, the next paragraph will describe some of the existing hardware. Not all of this existing hardware is located at each site.

(2) Digital Equipment Corporation (DEC) VAX 8650/8700's, MicroVAX II's, MicroVAX 3600's, SUN 4/260 systems, SUN 3 systems, SUN 386I systems, 4209 Tektronics graphics terminals, PRO 380 terminals, Zenith 248 workstations, and VAXstation 2000 terminals.

(3) The sites are presently running DECnet and TCP/IP connectivity protocols on an ethernet LAN.

b. Network Development Plan. The IWAC network architecture will consist of a fundamentally designed hub/spoke network concept using AT&T and/or U.S. Sprint long haul communication lines. The result of this capability would provide a secured, sophisticated network dedicated exclusively to IWAC. J-8 analytical computers will serve as the center hub processor. External node connectivity planned for FY89 initial testing of the networking and analytical prototypes are CENTCOM, TRANSCOM, and SAC.

c. Network Characteristics. The following describes specific required capabilities of the proposed IWAC network:

(1) High-speed digital data and text transmission.

(2) Electronic mail and TELEFAX capability

(3) Voice communications and multipoint video teleconferencing.

(4) High speed, high resolution graphics transfer.

(5) A lower speed, less expensive fiber optic link that provides direct VAX to VAX connectivity.

(6) No-cost, basic connectivity over the Defense Data Network via a World Wide Military Command and Control System (WWMCCS) host computer.

(7) The encryption device to be used throughout the entire network for all transmissions will be similar to the KG-94A or KG-194A manufactured by Motorola. All of the detailed hardware specifications can be provided if necessary as details become firm.

d. Video Conferencing Characteristics.

(1) Our planning calls for using a rollabout system containing two 25 inch video monitors that can be used in a conference room environment. One monitor can simultaneously display all subscribers on the network. The second monitor can focus on a single individual, map, etc.

(2) The system will use chip type high resolution cameras, microphones, at least 2 speakers, and a codec similar to CLI Rembrandt for compressing/decompressing video signals to digitized data. The modem used to provide the interface to the T1 leased communication service will be similar to a Link/2 multiplexer manufactured by Timeplex. The video multiplexer used to satisfy multiple simultaneous video display requirements will be similar to the electronic unit manufactured by Videoplex. The final link to the T1 service will be encryption devices similar to the KG-94A or KG-194A.

9. Deliverables.

a. The contractor will provide a technical linkage possessing the aforementioned characteristics between 11 external nodes and the J-8 computers. Timeliness of deliverables is previously described in this document.

b. Network design details will be presented in the Design Specification which will be a deliverable produced by the contractor.

c. The contractor will provide all appropriate network hardware component documentation such as operations, systems, warranty, and maintenance manuals.

10. Acceptance Testing. Transitioned network acceptance will be subject to formal Joint Staff/J-8/TSD acceptance testing.

11. Assumptions and Constraints.

a. Network installation at the three designated prototype sites should be accomplished as soon as possible.

b. Hardware components should be available commercial-off-the-shelf.

c. IWAC network architecture should eventually provide interoperability with other developing systems.

d. The IWAC technical solution as described should be able to interface with the Defense Data Network via a bridge similar to Hyperchanel.

e. The network installation effort should have as little impact as possible on the day to day operations of J-8 and each of the external nodes.

f. The network performance requirements depend on the characteristics of the hardware and software that will be available for IWAC.

g. The proposed network shall process the maximum number of records allowable by the existing MAPP hardware.

h. The network must be certifiable for single-level Top Secret high accreditation.

i. Network timing and response time are to be determined.

j. Network failure specifications are to be determined.

k. It is expected that new equipment will be added to the MAPP contract.

l. The IWAC network will be designed and installed in a joint effort by the contractor, J-8 personnel, and SYSCON corporation. SYSCON's participation is essential in order for their personnel to have the familiarity with the network design specifications for continued hardware/software support. SYSCON will directly support J-8.

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | J | 1 | 03

| | | | |
|---|---|---|---|
| AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE 89SEP30 | 4. REQUISITION/PURCHASE REQ. NO. F2583382739999 | 5. PROJECT NO. (If applicable) |
| ISSUED BY CODE | | 7. ADMINISTERED BY (If other than Item 6) CODE | |

FAW CONTRACTING OFFICE
3534
AFB MD 20331-5320

AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip code) (x)

INFORMATION SYSTEMS NETWORKS CORP 086RI3V
10411 MOTOR CITY DRIVE
BETHESDA, MARYLAND 20817

FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (See item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. F49642880C0546009

10B. DATED (See item 13) 87SEP14

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers is extended, |_| is not extended.

rs must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amend one of the following methods:
By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendme each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitati amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFE OR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter es reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

ACCOUNTING AND APPROPRIATION DATA (If required)

790300 1220 4020 P9009 3124 549447 DJAM90004

NET INC 170000.00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14.

This change order is issued pursuant to: (Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A.

B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data, etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b).

C. This supplemental agreement is entered in pursuant to authority of:

D. Other (Specify type of modification and authority)

IMPORTANT: Contractor |X| is not, |_| is required to sign this document and return ___ copies to the issuing office

Description of amendment/modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

POC: K. CARTER
PHONE: 301 981-7641

SEE SCHEDULE

ept as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore chang ns unchanged and in full force and effect.

| | | |
|---|---|---|
| AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) GERMAINE A DILLON Contracting Officer | |
| CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY Germaine A Dillon (Signature of Contracting Officer) | 16C. DATE SIGNED 89Sep |

A. TOTAL PRICE OF DELIVERY ORDER INCREASED BY $170,000.00. CHANGE TOTAL PRICE OF DELIVERY ORDER TO READ $3,186,397.55.

ACCOUNTING AND APPROPRIATION DATA:
9790300 1220 4820 P9009 3124 S49447 DJAM900061 $485,588.00
9790100 1220 4820 2564 S49447 DJAM900026 $422,809.55
9790100 1220 4820 2564 S49447 DJAM900078 $719,053.05
9790300 1220 4820 P9009 3124 S49447 DJAM900078 $1,388,946.95
9790300 1220 4820 P9009 3124 S49447 DJAM900084 $170,000.00.

CONTINUED

95EP30 F49642880005460089 03

ATION SYSTEMS NETWORKS CORP

| D | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 704597- | F2503382739999 | 1 | EA | 170000.00 | 170000.00 |
| | PRI: 09 | | | | |

END PAGE