AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE J

PAGE OF PAGES 1 02

AMENDMENT/MODIFICATION NO. 02

3. EFFECTIVE DATE 89OCT19

4. REQUISITION/PURCHASE REQ NO. F2503382739999

5. PROJECT NO (If applicable)

ISSUED BY CODE

AFDW CONTRACTING OFFICE
BLDG 3534
ANDREWS AFB MD 20331-5320

7. ADMINISTERED BY (If other than Item 6) CODE

NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip code)

INFORMATION SYSTEMS NETWORKS CORP 006RI3V

10411 MOTOR CITY DRIVE
BETHESDA, MARYLAND 20817

(x) 9A. AMENDMENT OF SOLICITATION NO

9B. DATED (See Item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
F4964288D0054600 9

10B. DATED (See Item 13)
89SEP30

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a)By completing Items 8 and 15, and returning ___ copies of the amendment; (b)By acknowledging receipt of this amendment on each copy of the offer submitted; or (c)By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA (If required)

SEE SCHEDULE

NET INC .00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14.

A. This change order is issued pursuant to:(Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A.

X B. The above numbered contract/order is modified to reflect the administrative changes(such as changes in paying office, appropriation data, etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b).

C. This supplemental agreement is entered in pursuant to authority of:

D. Other (Specify type of modification and authority)

E. IMPORTANT Contractor [X] is not, [ ] is required to sign this document and return ___ copies to the issuing office

14. Description of amendment/modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

POC: K. CARTER
PHONE: 301 981-7641

SEE SCHEDULE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
CHARLES THOMPSON, CAPT, USAF
CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Charles C. Thompson
(Signature of Contracting Officer)

16C. DATE SIGNED 89OCT19

890CT19 F49642880054-009

FORMATION SYSTEMS NETWORKS CORP

A. TOTAL PRICE OF DELIVERY ORDER REMAINS UNCHANGED.

B. CONTRACTOR TO ADD ATTACHED DD FORM 254 TO THIS DELIVERY ORDER IN CONNECTION WITH TWAC PROJECT (3 PAGES) DATED 89 OCT 02.

C. THIS DELIVERY ORDER ISSUED FOR ADMINISTRATIVE PURPOSED ONLY.

END PAGE

**DEPARTMENT OF DEFENSE**
**CONTRACT SECURITY CLASSIFICATION SPECIFICATION**

1. THE REQUIREMENTS OF THE DOD INDUSTRIAL SECURITY MANUAL APPLY TO ALL SECURITY ASPECTS OF THIS EFFORT. THE FACILITY CLEARANCE REQUIRED IS: TOP SECRET

| 2. THIS SPECIFICATION IS FOR: | | 3. CONTRACT NUMBER OR OTHER IDENTIFICATION NUMBER (Prime contracts must be shown for all subcontracts) | 4. DATE TO BE COMPLETED (Estimated) | 5. THIS SPECIFICATION IS: (See "NOTE" below. If item b or c is "X"ed, also enter date for item a) | | | |
|---|---|---|---|---|---|---|---|
| XX | a. PRIME CONTRACT | a. PRIME CONTRACT NUMBER F4964288-D-0054 | a. 1 JUN 92 | X | a. ORIGINAL (Complete date in all cases) | | DATE 2 OCT 89 |
| | b. SUBCONTRACT (Use item 15 for subcontracting beyond second tier) | b. FIRST TIER SUBCONTRACT NO. | b. | | b. REVISED (supersedes all previous specifications) | REVISION NO. | DATE |
| | c. REQUEST FOR BID, REQUEST FOR PROPOSAL OR REQ FOR QUOTATION | c. IDENTIFICATION NUMBER | c. DUE DATE | | c. FINAL | | DATE |

6. Is this a follow-on contract? [ ] Yes [X] No. If YES, complete the following:

a. ____________ PRECEDING CONTRACT NUMBER b. ____________ DATE COMPLETED c. Accountability for classified material on preceding contract [ ] is [ ] is not, transferred to this follow-on contract.

| 7a. Name, Address & Zip Code of Prime Contractor * | b. FSC Number | c. Name, Address & Zip Code of Cognizant Security Office |
|---|---|---|
| Information Systems & Networks Corp.<br>10411 Motor City Dr.<br>Bethesda, MD. 20817 | 8U179 | Director, Industrial Security<br>Defense Investigative Service<br>2461 Eisenhower Ave.<br>Alexandria, VA 22331 325-9616 |
| 8a. Name, Address & Zip Code of First Tier Subcontractor * | b. FSC Number | c. Name, Address & Zip Code of Cognizant Security Office |
| | | |
| 9a. Name, Address & Zip Code of Second Tier Subcontractor, or facility associated with IFB, RFP OR RFQ * | b. FSC Number | c. Name, Address & Zip Code of Cognizant Security Office |
| | | |

* When actual performance is at a location other than that specified, identify such other location in Item 15.

10a. General identification of the Procurement for which this specification applies
Internetted Warfighting Analysis Capability (IWAC)
The Joint Staff/J-8

b. DoDAAD Number of Procuring Activity identified in Item 16d.
F79240

c. Are there additional security requirements established in accordance with paragraph 1-114 or 1-115, ISR? [ ] Yes [X] No. If YES, identify the pertinent contractual documents in Item 15.

d. Are any elements of this contract outside the inspection responsibility of the cognizant security office? [ ] Yes [ ] No. If YES, explain in Item 15 and identify specific areas or elements.

| 11. ACCESS REQUIREMENTS | YES | NO | ACCESS REQUIREMENTS (Continued) | YES | NO |
|---|---|---|---|---|---|
| a. Access to Classified Information Only at other contractor/Government activities. | | X | j. Access to SENSITIVE COMPARTMENTED INFORMATION. | X | |
| b. Receipt of classified documents or other material for reference only (no generation) | | X | k. Access to other Special Access Program Information (Specify in Item 15). | | X |
| c. Receipt and generation of classified documents or other material. | | X | l. Access to U. S. classified information outside the U. S. Panama Canal Zone, Puerto Rico, U. S. Possessions and Trust Territories. | | X |
| d. Fabrication/Modification/Storage of classified hardware. | X | | m. Defense Documentation Center or Defense Information Analysis Center Services may be requested. | | X |
| e. Graphic arts services only. | | X | n. Classified ADP processing will be involved. | | X |
| f. Access to IPO information. | | X | o. REMARKS: See Item 15. | | |
| g. Access to RESTRICTED DATA. | X | | | | |
| h. Access to classified COMSEC information. | X | | | | |
| i. Cryptographic Access Authorization required. | X | | | | |

12. Refer all questions pertaining to contract security classification specification to the official named below (NORMALLY, thru ACO (item 16e); EMERGENCY, direct with written record of inquiry and response to ACO) (thru prime contractor for subcontracts).

a. The classification guidance contained in this specification and attachments referenced herein is complete and adequate.

| b. Typed name, title and signature of program/project manager or other designated official | c. Activity name, address, Zip Code, telephone number and office symbol |
|---|---|
| Gerard A. Krebs<br>Joint Staff/J-8/CSD<br>IWAC Project Manager<br>[signature] | The Joint Staff/J-8/CSD 202-693-4600<br>Room 1D929, Pentagon<br>Washington D.C. 20318-8000 |

NOTE: Original Specification (Item 5a) is authority for contractors to mark classified information. Revised and Final Specifications (Items 5b and c) are authority for contractors to remark the regraded classified information. Such actions by contractors shall be taken in accordance with the provisions of the Industrial Security Manual.

DD FORM 1 JAN 78 254 EDITION OF 1 APR 71 IS OBSOLETE. ALSO REPLACES DD FORM 254c WHICH IS OBSOLETE

00000066

STANDARD INSTRUCTIONS FOR ACCESS TO SENSITIVE COMPARTMENTED INFORMATION

DD Form 254, Item 15, REMARKS (Continued)

Instructions for access to SENSITIVE COMPARTMENTED INFORMATION:

All Sensitive Compartmented Information (SCI) will be handled in accordance with special security requirements furnished by the responsible Special Security Office designated in REMARKS, Item 15.

Sensitive Compartmented Information will not be released to contractor employees without specific release approval of the Senior Intelligence Officer, or the originator of the material when applicable, obtained through AFSSO ESD, based on prior approval and certification of "Need-To-Know" by the following designated contract monitor:

| GERARD KREBS | GS-14 | JCS/J-8 | (202) 693-4600 |
|---|---|---|---|
| NAME | GRADE | OFFICE | TELEPHONE |

Inquiries pertaining to classification guidance on Sensitive Compartmented Information will be directed to the responsible JCS contract monitor, indicated above. Any SCI or SCI-derived material generated under this contract will be reviewed by the contract monitor for proper SCI classification prior to final publication and distribution. The responsible Special Security Office designated in REMARKS, Item 15, will provide assistance as required.

Sensitive Compartmented Information or material furnished in support of this contract remain the property of the DOD Department, Agency or Command that releases it. Upon completion or cancellation of the contract, Sensitive Compartmented Information and material furnished will be returned to the direct custody of the responsible security office designated in REMARKS, Item 15.

AMENDMENT OF SOLICITATION/MODIFICATI... OF CONTRACT | 1. CO... ...CT ID CODE J | PAGE OF P... 1

2. AMENDMENT/MODIFICATION NO. 03 | 3. EFFECTIVE DATE 90FEB20 | 4. REQUISITION/PURCHASE REQ. NO. F2503302739999 | 5. PROJECT NO.(If applicab...

6. ISSUED BY CODE
...EDW CONTRACTING OFFICE
...G 3534
...DREWS AFB MD 20331-5320

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No.,street,county,State and Zip code)

INFORMATION SYSTEMS NETWORKS CORP 006RI3V

10411 MOTOR CITY DRIVE
BETHESDA, MARYLAND 20817

CODE | FACILITY CODE

(x) | 9A. AMENDMENT OF SOLICITATION NO.

9b. DATED (See item 11)

X | 10A. MODIFICATION OF CONTRACT/ORDER NO F49642880005460009

10B. DATED (See item 13) 89SEP30

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer |_| is extended, |_| is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amen... by one of the following methods:
(a)By completing Items 8 and 15,and returning ___ copies of the amendment; (b)By acknowledging receipt of this amendm... on each copy of the offer submitted; or (c)By separate letter or telegram which includes a reference to the solicitat... and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFF... PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desir... to change an offer already submitted, such change may be made by telegram or letter,provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA (If required)

SEE SCHEDULE

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14. NET INC .00

(X) | A. This change order is issued pursuant to:(Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A.

( | B. The above numbered contract/order is modified to reflect the administrative changes(such as changes in paying office,appropriation data,etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b).

C. This supplemental agreement is entered in pursuant to authority of:

D. Other (Specify type of modification and authority)

IMPORTANT: Contractor |X| is not, |_| is required to sign this document and return ___ copies to the issuing offic...

14. Description of amendment/modification (Organized by UCF section headings,including solicitation/contract subject matter where feasible.)

POC: K. CARTER
PHONE: 301 981-7641

SEE SCHEDULE

...ent as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore change... ...s unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print) | 16A.NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
GERMAINE A. DILLON CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY Germaine A. Dillon (signature) | 16C.DATE SIGN...

...nature of person authorized to sign)

ORMATION SYSTEMS NETWORKS CORP

[redacted]

A. THIS MODIFICATION ISSUED TO CORRECT THE DELIVERY ORDER AS FOLLOWS:

| | |
|---|---|
| (1) MIPR DJAM 90061 | $457,027.85 |
| (2) MIPR DJAM 90062 | $445,351.10 |
| (3) MIPR DJAM 90078 | $2,108.000.00 |
| TOTAL | $3,010,378.95 |

THIS IS THE CORRECT ORIGINAL FUNDING OF THIS ORDER.

B. THE CORRECT CUMULATIVE TOTAL SHOULD READ $3,180,378.95 INCLUDING MODIFICATION P00001.

END PAGE

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE J | PAGE OF 1

2. AMENDMENT/MODIFICATION NO. 04
3. EFFECTIVE DATE 90APR26
4. REQUISITION/PURCHASE REQ. NO. F4023901000002
5. PROJECT NO. (If applica

6. ISSUED BY CODE
AFDW CONTRACTING OFFICE
BLDG 3534
ANDREWS AFB MD 20331-5320

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No.,street,county,State and Zip code)

INFORMATION SYSTEMS NETWORKS CORP 0S6RI3V

10411 MOTOR CITY DRIVE
BETHESDA, MARYLAND 20817

CODE | FACILITY CODE

(x) | 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (See Item 11)
X | 10A. MODIFICATION OF CONTRACT/ORDER NO. F4964288D0054609
10B. DATED (See Item 13) 89SEP30

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[_]The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offe
[_]is extended, [_] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as am by one of the following methods:
(a)By completing Items 8 and 15,and returning ___ copies of the amendment; (b)By acknowledging receipt of this amen on each copy of the offer submitted; or (c)By separate letter or telegram which includes a reference to the solicit and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF O PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you des to change an offer already submitted, such change may be made by telegram or letter,provided each telegram or lette makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specifie

12. ACCOUNTING AND APPROPRIATION DATA (If required)

SEE SCHEDULE

NET INC 220000.00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. This change order is issued pursuant to:(Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A. |
| X | B. The above numbered contract/order is modified to reflect the administrative changes(such as changes in payi office,appropriation data,etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b). |
| | C. This supplemental agreement is entered in pursuant to authority of: |
| | D. Other (Specify type of modification and authority) |

E. IMPORTANT: Contractor [X] is not, [_] is required to sign this document and return ___ copies to the issuing offi

14. Description of amendment/modification (Organized by UCF section headings,including solicitation/contract subject matter where feasible.)

POC: K. CARTER
PHONE: 301 981-7641

SEE SCHEDULE

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore char remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or prin
GERMAINE A. DILLON CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Germaine A Dillon
(Signature of Contracting Officer)

16C. DATE SI
90 April

FORMATION SYSTEMS NETWORKS CORP

A. TOTAL PRICE OF DELIVERY ORDER INCREASED BY $220,000.00. CHANGE TOTAL PRICE OF DELIVERY ORDER TO READ $3,400,378.95.

B. CONTRACTOR TO PRVOIDE ON SITE TECHNICAL SUPPORT FOR THE PREPARATION AND CONDUCT OF THE IWAC FUNCTIONAL EVALUATION TO BE CONDUCTED 1-31 MAY 1998. PER ATTACHED STATEMENT OF WORK.

POINT OF CONTACT: MR. GERARD KREBS
282-693-4680.

ACCOUNTING CLASSIFICATION:

| | |
|---|---|
| 9700300 1220 4845 P-009 2564 S49447 DJAM 0 0052 | $52,000.00 |
| 9700100 1220 4850 2564 S49447 DJAM 0 0051 | $168,000.00 |

CONTINUED

| ITEM NO | | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 003 | 70459701000001 | F40239010000001<br>PRI: 09 | 1 | JB | 220000.00 | 220000.00 |
| | 70459701000002 | F40239010000002<br>PRI: 09 | 1 | JB | .00 | .00 |

END PAGE

# SCOPE OF WORK

## GENERAL DESCRIPTION

This scope of work identifies and describes the work to be accomplished for the IWAC Functional Evaluation scheduled to be conducted 1-31 May 1990.

## IWAC TASKING

a. Provide continued support of the IWAC four-node prototype network to achieve IWAC interactive analysis using continuous presence, simultaneous multi-site, color video teleconferencing to include the interchange of video graphics, data, and hard copy text.

b. Provide necessary technical on-site support for the preparation and conduct of the IWAC Functional Evaluation.

c. Purchase and install the appropriate network analysis hardware/software required to collect various types of data on the IWAC system to support decisions concerning program requirements and future modifications. Information concerning scheduling, system utilization, and system performance must be monitored during the IWAC Functional Evaluation to obtain data needed to make informed decisions concerning required actions to correct operating deficiencies and improve IWAC network operation. Typical information to be monitored includes:

- Utilization during available normal operating hours.
- Number, type, and duration of analyses scheduled and performed.
- Number, type, and duration of teleconferences scheduled and performed (multipoint, point-to-point, etc.)
- Total and/or average use during peak and off-peak hours.
- Identify participants.
- Monitor the network for trouble shooting purposes.
- Bandwidth use at no greater than 768 Kbs at each IWAC site.

d. If required, purchase and install the required number of KG94A encryption devices at J-8, CENTCOM, SAC, and, TRANSCOM.