# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE 1 OF PAGES 3

2. AMENDMENT/MODIFICATION NO.: 05
3. EFFECTIVE DATE: 31 May 90
4. REQUISITION/PURCHASE REQ. NO.: NA
5. PROJECT NO. (If applicable): IWAC

6. ISSUED BY CODE
AFDW Contracting Office
Bldg 3534/CNA
Andrews AFB, MD 20331-5320
(J. Mohn/CNA)

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

PRIME: Small Business Administration

SUB: Information Systems Networks Corp
10411 Motor City Drive
Bethesda, MD 20817

CODE FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF ~~CONTRACT~~/ORDER NO.
F4964288D0054/6009

10B. DATED (SEE ITEM 13)
89 Sep 14

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

XX D. OTHER (Specify type of modification and authority)
Termination for Convenience, FAR 52.249-2

E. IMPORTANT: Contractor [XX] is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE PAGE 2

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
JACK E. BYNANE
TERMINATION CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY Jack E. Bynane
(Signature of Contracting Officer)

16C. DATE SIGNED
6/12/90

# NOTICE OF PARTIAL TERMINATION

Information Systems and Network Corporation
10411-Motor City Drive
Bethesda, Maryland 20817

Contract No. F49642-88-D0054
Delivery Order 6009

1. Effective Date of Termination: 31 May 1990. This confirms the Government's telephone notification and faxed letter of 31 May 1990. Delivery Order 6009 is terminated, in part, for the Government's convenience under the clause entitled "Termination for Convenience of the Government (Fixed Price Contracts)". The termination is effective 31 May 1990 and in the manner outlined below:

a. Stop all work performed under delivery order 6009 except for the following deliverables:

(1) Final site implementation reports for SAC, TRANSCOM, CENTCOM, J-8, and the IWAC hub. All design schematics must be made current.

(2) Final pre-installation plans for PACOM, LANTCOM, and SPACECOM.

(3) A detailed technical adjustment configuration for the TOYO printer.

(4) Complete equipment inventory with serial numbers at each IWAC location.

(5) Complete accounting of GFE equipment in ISN's possession.

(6) Replacement of the current 19.2 DataBeam bridge with the 224 DataBeam bridge.

(7) The E-prom PictureTel interface for the SAC/VSI/Datapoint link.

(8) Provide any outstanding hardware component documentation such as operations, systems, warranty, and maintenance manuals.

(9) Where applicable, provide legal certification for transfer of licensing agreements from your various suppliers, allowing the Government all rights of use.

b. Except as identified in subpara 1.a, stop all work, make no further shipments, and place no further orders relating to the delivery order. Keep adequate records of your compliance showing the-

1. Date you received the Notice of Termination;
2. Effective date of the Termination; and
3. Extent of completion of performance on the effective date.

c. Furnish Notice of Termination to each immediate subcontractor and supplier that will be affected by this termination. In the Notice-

1. Specify your Government Delivery Order and Contract Number;
2. State the D.O. has been terminated completely;
3. Provide instruction to stop all work, make no further shipments, place no further orders and terminate all subcontractors under the D.O., subject to the exception in subparagraph (a) above;
4. Provide instructions to submit any settlement proposals promptly; and,
5. Request that similar notices and instructions be given to its immediate subcontractors.

d. Notify the Contracting Officer of all pending legal proceedings that are based on subcontracts or purchase orders under the D.O., or in which a lien has been or may be placed against termination inventory to be reported to the Government. Also, promptly notify the Contracting Officer of any such proceedings that are filed after receipt of this notice.

e. Take any other action required by the Contracting Officer or under the Termination clause in the contract.

2. Settlement with Subcontractors. You remain liable to your subcontractors and suppliers for proposals arising because of the termination of their subcontract or orders. You are requested to settle these settlement proposals as promptly as possible. For purposes of reimbursement by the Government, settlement will be governed by the provisions of the FAR, Part 49.

3. Completed end items. Notify the Contracting Officer of the number of items completed under the D.O. and still on hand and arrange for their delivery or other disposal. Invoice acceptable completed end items under the contract in the usual way and do not include them in the settlement proposal.

EXCEPTION TO SF 30, APPROVED BY NARS 5/79

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

CONTRACT ID CODE: J | PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: 06
3. EFFECTIVE DATE: 16 Oct 90
4. REQUISITION/PURCHASE REQ. NO.: NA
5. PROJECT NO. (If applicable): IWAC

6. ISSUED BY CODE
DW Contracting Office
Bldg 3534/CNA
Andrews AFB, MD 20331-5320

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

PRIME: Small Business Administration

SUB: Information Systems Network Corp
10411 Motor City Drive
Bethesda, MD 20817

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: F4964288D0054/6009

10B. DATED (SEE ITEM 13): 89 Sep 14

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(✓) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
Termination for Convenience, FAR 52.249-2

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE PAGE 2

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
JACK E. BYNANE
TERMINATION CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED: 10/22/9[illegible]

A. Delivery order 6009 was terminated in part as specified in modification #05 dated 12 June 90. The effective date of said termination was 31 May 90.

B. The purpose of this modification #06 is to further increase the partial termination effected by modification #05 by deleting item 1.a(6) as listed on page 2 of that modification from the delivery order.

C. Cancellation of work on this item, i.e., replacement of the current 19.2 DataBeam bridge with the 224 DataBeam bridge, was effective on 16 Oct 90 as a result of the telecon between Karen Hendricks, ISN, and Joanne Mohn, AFDW Contracting Officer.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

2. AMENDMENT/MODIFICATION NO.: 07
3. EFFECTIVE DATE: 92 SEP 24
4. REQUISITION/PURCHASE REQ. NO.: N/A
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE
00 CNS/CNA
BLDG 3534
ANDREWS AFB, MD 20331-5320

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

PRIME: Small Business Administration

SUB: Information Systems Network Corp.
10411 Motor City Drive
Bethesda, Md. 20817

CODE | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: F49642-88-D0054 6009

10B. DATED (SEE ITEM 13): 89 Sep 14

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
9700300 1220 4845 P0009 3124 549447 DJAM 00097 $330,000.00 INCREASE

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

( ) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

X B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

FOR INTERNAL GOVERNMENT PURPOSE ONLY

THIS ADMINISTRATIVE MODIFICATION OBLIGATES FUNDS TO COVER PROBABLE LIABILITIES FOR THE IWAC TERMINATION COST.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
DEANE E. HUFFORD, CAPT, USAF
CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED: 29 Sep 92