IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INFORMATION SYSTEMS AND NETWORKS CORPORATION | ) |
| Plaintiff, | ) |
| v. | ) No. 04-632C |
| THE UNITED STATES, | ) (Judge Bush) |
| Defendant. | ) |

DECLARATION OF STANLEY Y. FUJII

I, Stanley Y. Fujii, hereby declare as follows:

1. I am employed by the United States Small Business Administration ("SBA") as a Supervisory Business Opportunity Specialist in the 8(a) Business Development Program in the Washington Metropolitan Area District Office ("Washington District Office").

2. My duties include, among other things, oversight of program assistance to 8(a) program participants. The Washington District Office serviced Information Systems and Networks Corporation ("Information Systems") during the company's tenure in the 8(a) program.

3. Information in SBA's internal database indicates that an 8(a) contract was awarded to Information Systems on September 30, 1988, with an estimated completion date of September 30, 1989.

4. Pursuant to SBA's Standard Operating Procedure 80:01, records of 8(a) contracts are retained for 6 years and three months after cutoff (when the contract has been completed or terminated or closed by other means). The records are stored in-house, numerically by contract number, for two years then sent to the Federal Record Center where they are destroyed after the remaining 4 years and 3 months.

5. A search was conducted of the Washington District Office in-house 8(a) contract files and no record of the above 8(a) contract was found.

6. There is no way for me to search the Federal Record Center for files that might have inexplicably escaped the

80

standard document destruction policy because there is no longer any record of the identifying codes for the Information Systems records.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

March 7, 2005
Date

STANLEY Y. FUJII
Supervisory Business
Opportunity Specialist
Small Business Administration

81