IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS AND NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-632C |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

DEFENDANT'S PROPOSED FINDINGS OF
UNCONTROVERTED FACT REGARDING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT CONCERNING AMENDED COMPLAINT

1. Information Systems and Networks Corporation ("Info Systems"), a section 8(a) contractor, entered into a tripartite contract (contract no. F49642-88-D-0054) with the Small Business Administration ("SBA") and the United States Air Force. Amended Complaint, ¶¶ 7-8; A2 (tripartite signature page); A1-79 (tripartite contract).[1]

2. Contract no. F49642-88-D-0054 (the "contract") had standard provisions permitting a section 8(a) contractor to make claims directly to the procuring agency. A17-18.

3. The Air Force issued Delivery Order ("DO") 6009 to Info Systems pursuant to contract no. F49642-88-D-0054. A5,48,54-60; see A33-34 (delivery order provisions).

[1] "Amended Complaint" refers to the amended complaint filed in this action by the plaintiff on or about November 30, 2004. "A" refers to the appendix filed together with "Defendant's motion for summary judgment concerning amended complaint" and these proposed findings of uncontroverted facts. The pages are identified as pages "a" through "j," and then by the numbers 1 through 81.

4. On June 12, 1990, the Air Force issued a partial termination for convenience related to DO 6009. A74-76; Amended Complaint, ¶ 12.

5. In 1991, Info Systems filed a claim based in part upon the termination, and in 1993, Info Systems appealed the deemed denial of the Info Systems claim to the Armed Services Board of Contract Appeals (the "board"). Amended Complaint, ¶¶ 16-17.

6. On July 10, 2002, the board issued a decision concerning Air Force liability to Info Systems. Complaint, App. 1-55 (board decision appended to original complaint in this action).

7. On April 14, 2003, Info Systems executed a settlement agreement with the United States. Af-Ag.

8. In part, the settlement agreement read:

> This modification is issued to provide payment to the Contractor, Information Systems Network Corp. (ISN) after full and complete negotiations concluded on 21 March 2003 and decision of ASBCA Case # 46119, for the amount of $1,664,879.00 including both entitlement and quantum and have also decided to settle, for now and for all times, any and all claims and any other matters arising under or related to subject contract. By signing the SF30, the Contractor, ISN, agrees to full settlement of claims as described in this paragraph.

Ag.

9. The settlement amount was paid to Info Systems by the United States. Aa; Ah.

10. Info Systems agreed to release the United States from

"any and all claims and any other matters arising under or related to subject contract." Ag.

11. The allegations in the Amended Complaint are matters arising under or related to contract no. F49642-88-D-0054. Amended Complaint, ¶¶ 7-9,27-34.

12. No provision (nor any combination of provisions) of the contract states that plaintiff shall be reimbursed indirect costs or paid profit related to the "9 sites" referenced in paragraph 28 of the Amended Complaint. A1-79.

13. The Amended Complaint fails to identify any specific provision (or combination of provisions) in the contract allegedly breached by a failure of the United States to pay for indirect costs and profit related to the "9 sites" referenced in paragraph 28 of the Amended Complaint. Amended Complaint, ¶¶ 1-34.

14. Consistent with its ordinary policies and practices related to document retention and document destruction, the

Small Business Administration no longer possesses any paper files related to the contract. A80-81.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

March 10, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 10, 2005, a copy of the foregoing "DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT CONCERNING AMENDED COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier