# In the United States Court of Federal Claims

No. 04-632 C

(Filed April 29, 2005)

* * * * * * * * * * * * * * * * * * * * * *
INFORMATION SYSTEMS AND NETWORKS CORPORATION, *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 25, 2005, the Clerk's office received Plaintiff's Unopposed Motion for Enlargement of Time to File Its Opposition to Defendant's Motion for Summary Judgment. Plaintiff requests an enlargement of thirty days, to and including May 23, 2005. The Clerk's office stated the submission was defective because it was untimely, due to have been filed by April 11, 2005. The matter was referred to the undersigned for a ruling.

Accordingly, it is hereby **ORDERED** that the Clerk's office is directed to **FILE** Plaintiff's Unopposed Motion for Enlargement of Time to File Its Opposition to Defendant's Motion for Summary Judgment as of the day it was received, April 25, 2005; and plaintiff's motion is **GRANTED**.

s/Lynn J. Bush
Lynn J. Bush