IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INFORMATION SYSTEMS & NETWORKS CORPORATION, Plaintiff,

v.

THE UNITED STATES OF AMERICA, Defendant.

No. 04-632C (Judge Bush)

**PLAINTIFF'S UNOPPOSED SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Information Systems & Networks Corporation ("plaintiff or ISN"), by its undersigned attorney, moves this Honorable Court for an Order, pursuant to RCFC Rule 6(b), granting ISN a second 30 day enlargement of time to June 22, 2005 to file its Opposition to Defendant's Motion for Summary Judgment filed on March 10, 2005. In support of this motion, ISN states the following:

1. This motion is unopposed. On May 19, 2005, ISN's counsel conferred via e-mail with defendant's counsel as required by RCFC Rule 6.1. Defendant's counsel indicated, also by e-mail, that he would not oppose this motion and he further agreed to a 30-day enlargement of time from May 23, 2005 to June 22, 2005.

2. ISN previously was required to move for an unopposed enlargement of time on April 25, 2005 based upon the fact, due to computer error in being served by this Court's Case Management/Electronic Case Files system ("CM/ECF"), that it was never served with defendant's motion for summary

judgment. As stated previously in its April 25, 2005 Motion for Enlargement, ISN only became aware of the existence of defendant's summary judgment after the opposition to summary judgment was due. Thus, the first motion for enlargement of time was for good cause because it was necessitated by events out ISN's control. Based upon these facts, this Court granted ISN's motion in its Order issued on April 29, 2005.

3. This second motion for enlargement of time is necessitated by the following good cause: Undersigned counsel was compelled unexpectedly to file a second reply brief in the Federal Circuit in the case of <u>Information Systems & Networks Corporation v. United States</u>, Case No. 04-5151 on May 16, 2005 due to the defendant-appellant in that case having to re-file and correct its brief. Prior to this re-filing, ISN had filed its reply brief on April 11, 2005, providing the time to work on this Opposition. Defendant-appellant's re-filing on April 27, 2005, however, required ISN to address several novel and complex legal issues in its new reply. This utilized the time that was supposed to be devoted to the Opposition. Second, due to discovery disputes that again erupted unexpectedly in a case before the United States District Court for the District of Maryland, <u>Information Systems and Networks Corporation v. Travelers Casualty and Surety Company of America</u>, Case No.: AW03CV3601, undersigned counsel was forced to engage in time consuming motions practice with the defendant in that case.

As a result of these unexpected developments in these two cases, ISN requires additional time in which to file its Opposition.

WHEREFORE, for the reasons stated, ISN respectfully requests that this Court enter an Order granting ISN's Unopposed Second Motion for Enlargement of Time to File Its Opposition to Defendant's Motion for Summary Judgment and further order that the deadline for filing ISN's Opposition to Defendant's Motion for Summary Judgment be extended to June 22, 2005.

Dated: May 19, 2005 Respectfully Submitted,

SINGER & ASSOCIATES, PC

By: s/ Norman H. Singer

NORMAN H. SINGER, Esquire
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
Tel. (301) 469-0400
Fax (301) 469-0403

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Plaintiff's UNOPPOSED Second Motion For Enlargement of time TO File ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was filed electronically this 19th day of May, 2005, and served via email on counsel for defendant by virtue of electronic filing.

s/ Norman H. Singer
NORMAN H. SINGER, Esquire

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.