# In the United States Court of Federal Claims

No. 04-632 C

(Filed May 20, 2005)

* * * * * * * * * * * * * * * * * * * * * *
INFORMATION SYSTEMS & *
NETWORKS CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 19, 2005, plaintiff filed an Unopposed Motion for Enlargement of Time to File Its Opposition to Defendant's Motion for Summary Judgment. Plaintiff requests an enlargement of thirty days, to and including June 22, 2005. Accordingly, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

s/Lynn J. Bush
Lynn J. Bush