# In the United States Court of Federal Claims

No. 04-632 C

(Filed June 24, 2005)

* * * * * * * * * * * * * * * * * * * * * *

INFORMATION SYSTEMS & NETWORKS CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 22, 2005, plaintiff filed its Opposition to Defendant's Motion for Summary Judgment Concerning Amended Complaint.[1] The Clerk's office stated the submission was defective because it was not in compliance with RCFC 5.2(a)(1)(G) which requires that the index to appendix/exhibits is to be located in both the front of the brief and in front of the attached appendix; and, RCFC 56(h)(1)(2), which requires that the proposed findings of uncontroverted fact be filed as a separate document. The matter was referred to the undersigned for a ruling.

The court also notes that on June, 22, 2005, plaintiff filed an "Unopposed Motion for Leave to File an Amended [] Opposition to Defendant's Motion for Summary Judgment and Motion for Enlargement of Time to File Its Amended

---

[1]/ The court notes that this filing was entered *twice* on the Subject Matter Docket, as Docket Nos. 28 and 29. The court brings this to the attention of the Clerk's office so that it may strike Docket No. 29, the duplicated filing.

Opposition to Defendant's Motion for Summary Judgment."[2] In essence, plaintiff's motion requests leave of the court to file an amended opposition incorporating its remedies to the defects listed in paragraph 1, *supra*; and an enlargement of time of seven days, from June 22, 2005 to June 29, 2005,[3] within which to file its amended opposition.

Accordingly, it is hereby **ORDERED** that:

(1) The Clerk's office is directed to **STRIKE Docket No. 29** from the subject docket;

(2) Plaintiff's Motion For Leave to Amend, filed June 22, 2005, is **GRANTED**; and

(3) Plaintiff shall **FILE** its **Amended Opposition to Defendant's Motion for Summary Judgment Concerning Amended Complaint**, on or before **June 29, 2005**.

s/Lynn J. Bush
Lynn J. Bush
Judge

---

[2]/ The Clerk's office stated this submission was defective because the "wrong event [was] used" during docketing. Plaintiff filed its motion as a "Motion for Extension of Time" event, whereas it should have been filed as a "Motion for Leave" event. Any questions concerning the court's electronic filing system are directed to the court's CM/ECF Help line at 1(866)784-6273; (202)357-6402/3.

[3]/ Plaintiff's first paragraph in its motion requests "a 7 day enlargement of time to July 29 to file its Amended Opposition." Plaintiff's opposition was due to have been filed by June 22, 2005, an enlargement of seven days would be June 29, 2005. The remainder of plaintiff's motion requests "June 29"as its deadline to file its amended opposition. Since, it is apparent that the July date is an error, the court honors the June 29, 2005 date.