IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-632C |
| | ) | (Judge Bush) |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT CONCERNING AMENDED COMPLAINT**

NORMAN H. SINGER, Esquire
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
Tel. (301) 469-0400
Fax (301) 469-0403

Counsel for Plaintiff

June 29, 2005

**TABLE OF CONTENTS**

Page

QUESTIONS PRESENTED..........2

STATEMENT OF THE CASE..........2

I. Nature of the Case..........2

II. Statement of Facts..........6

ARGUMENT..........10

I. Standard of Review..........10

II. ISN Never Released Defendant from the Subcontract..........11

III. ISN Is Entitled to Indirect Costs and Profit Under the Express Terms of the Subcontract..........13

CONCLUSION..........14

## TABLE OF AUTHORITIES

Page

Anderson v. Liberty Lobby, Inc., 477 U.S. 242(1986)..........10,11

Appeal of Information Systems & Networks Corporation, ASBCA No. 46119 (2002)..........6

Celotex Corp. v. Catrett, 477 U.S. 317(1986)...............10

Matsushita Elec. Indus. Co. Ltd. v.
Zenith Radio Corp., 475 U.S. 574(1986)...........................11

Nippon Hodo Co., Ltd. V. United States,
160 F.Supp. 501, 502 (1958)...............................................12

**INDEX TO THE APPENDIX**

Page

Appeal of Information Systems
& Networks Corporation,
ASBCA No. 46119 (2002)...............................................1

Settlement Agreement

(April 14, 2003)........................................................56

Table B-1 of Subcontract..............................................58

Tripartite Agreement
Signature Page..............................................................59

Provision 23....................................................................60

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.