IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | No. 04-632C |
| | ) | (Judge Bush) |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED PROPOSED ADDITIONAL FINDINGS OF UNCONTROVERTED FACT REGARDING OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT CONCERNING AMENDED COMPLAINT AND FOR LEAVE TO FILE AMENDED PLAINTIFF'S RESPONSES TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT CONCERNING AMENDED COMPLAINT**

Plaintiff, Information Systems & Networks Corporation ("plaintiff or ISN"), by its undersigned attorney, moves this Honorable Court for an Order granting ISN leave to file Amended Proposed Additional Findings of Uncontroverted Fact as well as leave to file Amended Plaintiff's Responses to Defendant's Proposed Findings of Fact. Plaintiff further requests that the previously-filed Proposed Additional Findings of Uncontroverted Fact and Amended Plaintiff's Responses to Defendant's Proposed Findings of Fact be stricken and replaced with the amended versions of them. Finally, ISN respectfully requests that for purposes of the Amended Opposition it filed on June 29, 2005, that all references contained therein to the Proposed Additional Findings of Uncontroverted Fact as well as to Plaintiff's Responses to Defendant's Proposed Findings of Fact,

respectively, be deemed to refer to their amended versions filed on June 29, 2005.

In support of this motion, ISN states the following:

1. This motion is unopposed.

2. On June 29, 2005, counsel for defendant telephoned ISN's counsel to indicate that the Plaintiff's Additional Proposed Findings of Uncontroverted Fact and Plaintiff's Responses to Defendant's Proposed Findings of Uncontroverted Fact filed on June 29, 2005 were unsupported by citations to the record in this case.

3. The amended Additional Proposed Findings of Uncontroverted Fact and amended Plaintiff's Responses to Defendant's Proposed Findings of Uncontroverted Fact including the proper citations are timely because they will be filed by the June 29, 2005 deadline previously set by this Court by its June 24, 2005 Order.

4. ISN requests that any references in its Amended Opposition to the Plaintiff's Additional Findings of Uncontroverted Fact and Responses to Defendant's Additional Finding of Fact be deemed to refer to their respective amended versions in order to spare the Court additional duplicative filings and motions.

WHEREFORE, for the reasons stated, ISN respectfully requests that this Court enter an Order granting ISN's Unopposed Motion for Leave to File Amended Additional Proposed Findings of Uncontroverted Fact and Leave to File Amended Plaintiff's Responses to Defendant's Proposed

Findings of Uncontroverted Fact. ISN further requests that the previously filed versions of Plaintiff' Proposed Findings of Uncontroverted Fact and Plaintiff's Responses to Defendant's Proposed Findings of Uncontroverted Fact be stricken. Finally, ISN respectfully requests that for purposes of the Amended Opposition it filed on June 29, 2005, that all references contained therein to the Proposed Additional Findings of Uncontroverted Fact and Plaintiff's Responses to Defendant's Proposed Findings of Fact, respectively, be deemed to refer to their amended versions filed on June 29, 2005.

Dated: June 29, 2005

Respectfully Submitted,

SINGER & ASSOCIATES, PC

By: s/ Norman H. Singer

NORMAN H. SINGER, Esquire
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
Tel. (301) 469-0400
Fax (301) 469-0403

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing PLAINTIFF’S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED PROPOSED ADDITIONAL FINDINGS OF UNCONTROVERTED FACT REGARDING OPPOSITION TO DEFENDANT’S MOTION FOR SUMMARY JUDGMENT CONCERNING AMENDED COMPLAINT AND FOR LEAVE TO FILE AMENDED PLAINTIFF’S RESPONSES TO DEFENDANT’S PROPOSED FINDINGS OF UNCONTROVERTED FACT REGARDING OPPOSITION TO DEFENDANT’S MOTION FOR SUMMARY JUDGMENT CONCERNING AMENDED COMPLAINT was filed electronically this 29th day of June, 2005, and served via email on counsel for defendant by virtue of electronic filing.

s/ Norman H. Singer
NORMAN H. SINGER, Esquire

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.