# In the United States Court of Federal Claims

No. 04-632 C
(Filed July 14, 2005)

* * * * * * * * * * * * * * * * * * * * * *
INFORMATION SYSTEMS & *
NETWORKS CORPORATION, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 29, 2005, plaintiff filed an Unopposed Motion for Leave to File (1) Amended Proposed Additional Findings of Uncontroverted Fact Regarding Opposition to Defendant's Motion for Summary Judgment Concerning Amended Complaint; and (2) Amended Plaintiff's Responses to Defendant's Proposed Findings of Uncontroverted Fact Regarding Opposition to Defendant's Motion for Summary Judgment Concerning Amended Complaint. Along with this motion, plaintiff electronically filed the two *amended* documents. The Clerk's office stated that the amended documents were defective because the motion for leave to file them was still pending. The matter was referred for a ruling.

Accordingly, it is hereby **ORDERED** that Plaintiff's Unopposed Motion for Leave, filed on June 26, 2005, is **GRANTED** and plaintiff's amended filings electronically filed on June 29, 2005 shall be considered filed as of that date.

s/Lynn J. Bush
Lynn J. Bush
Judge