# In the United States Court of Federal Claims

**No. 04-632 C**

**INFORMATION SYSTEMS and NETWORKS CORPORATION**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed October 28, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the amended complaint is dismissed, with prejudice. No costs.

Brian Bishop
Clerk of Court

November 1, 2005 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.